# Exhibit D

Release date 08-31-2015

# PIMCO RealPath™ 2020 Institutional (USD)

| Overall Morningstar Rating™ | Standard Index | Category Index | Morningstar Cat |
|---|---|---|---|
| ★ | Morningstar Mod Tgt Risk TR USD | Morningstar Lifetime Mod 2020 TR USD | US OE Target Date 2016-2020 |
| 198 US OE Target Date 2016-2020 | | | |

## Performance 08-31-2015

| Quarterly Returns | 1st Qtr | 2nd Qtr | 3rd Qtr | 4th Qtr | Total % |
|---|---|---|---|---|---|
| 2013 | 2.18 | -3.98 | 2.45 | 1.53 | 2.05 |
| 2014 | 1.35 | 3.68 | -1.28 | 0.74 | 4.50 |
| 2015 | 2.36 | -1.49 | — | — | -3.01 |

| Trailing Returns | 1 Yr | 3 Yr | 5 Yr | 10 Yr | Incept |
|---|---|---|---|---|---|
| Load-adj Mthly | -4.76 | 1.99 | 3.69 | — | 3.40 |
| Std 06-30-2015 | 0.28 | — | 5.35 | — | 4.03 |
| Total Return | -4.76 | 1.99 | 3.69 | — | 3.40 |
| +/- Std Index | -1.10 | -4.60 | -4.54 | — | — |
| +/- Cat Index | -1.61 | -4.43 | -5.15 | — | — |
| % Rank Cat | 88 | 90 | 95 | — | |
| No. in Cat | 238 | 198 | 171 | — | |

| | Subsidized | Unsubsidized |
|---|---|---|
| 7-day Yield | — | — |
| 30-day SEC Yield | 5.59 [1] | 5.00 |

1. Contractual waiver; Expires 07-31-2016

### Performance Disclosure

*The Overall Morningstar Rating is based on risk-adjusted returns, derived from a weighted average of the three-, five-, and 10-year (if applicable) Morningstar metrics.*

*The performance data quoted represents past performance and does not guarantee future results. The investment return and principal value of an investment will fluctuate; thus an investor's shares, when sold or redeemed, may be worth more or less than their original cost.*

*Current performance may be lower or higher than return data quoted herein. For performance data current to the most recent month-end, please call 888-877-4626 or visit https://investments.pimco.com.*

## Fees and Expenses

### Sales Charges
| | |
|---|---|
| Front-End Load % | NA |
| Deferred Load % | NA |

### Fund Expenses
| | |
|---|---|
| Management Fees % | 0.58 |
| 12b1 Expense % | NA |
| **Gross Expense Ratio %** | **1.11** |

## Risk and Return Profile

| | 3 Yr 198 funds | 5 Yr 171 funds | 10 Yr 60 funds |
|---|---|---|---|
| Morningstar Rating™ | 1★ | 1★ | — |
| Morningstar Risk | Avg | Low | — |
| Morningstar Return | Low | Low | — |

| | 3 Yr | 5 Yr | 10 Yr |
|---|---|---|---|
| Standard Deviation | 5.72 | 5.59 | — |
| Mean | 1.99 | 3.69 | — |
| Sharpe Ratio | 0.36 | 0.67 | — |

| MPT Statistics | Standard Index | Best Fit Index Morningstar Lifetime Mod Incm TR USD |
|---|---|---|
| Alpha | -3.48 | -2.82 |
| Beta | 0.86 | 1.37 |
| R-Squared | 78.22 | 87.37 |
| 12-Month Yield | | 5.21% |
| Potential Cap Gains Exp | | -6.22% |

## Operations

| | |
|---|---|
| Family: | PIMCO |
| Manager: | Vineer Bhansali |
| Tenure: | 7.2 Years |
| Objective: | Asset Allocation |
| Base Currency: | USD |
| Ticker: | PRWIX |
| Minimum Initial Purchase: | $1 mil |
| Purchase Constraints: | A |
| Incept: | 03-31-2008 |
| Type: | MF |
| Total Assets: | $83.08 mil |



Investment Style: Fixed-Income, Bond %

Growth of $10,000
- PIMCO RealPath™ 2020 Institutional: 12,810
- Category Average: 13,444
- Standard Index: 14,613

Performance Quartile (within category)

| History | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 08-15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NAV/Price | — | — | — | — | 6.59 | 7.96 | 8.15 | 7.99 | 8.40 | 8.29 | 8.12 | 7.81 |
| Total Return % | — | — | — | — | — | 24.76 | 10.41 | 1.96 | 9.73 | 2.05 | 4.50 | -3.01 |
| +/- Standard Index | — | — | — | — | — | 2.99 | -1.92 | 1.37 | -2.32 | -12.26 | -0.39 | -0.78 |
| +/- Category Index | — | — | — | — | — | 0.63 | -3.61 | 0.21 | -2.80 | -10.93 | -1.37 | -1.03 |
| % Rank Cat | — | — | — | — | — | 55 | 87 | 8 | 86 | 93 | 57 | — |
| No. of Funds in Cat | — | — | — | — | — | 212 | 203 | 205 | 208 | 222 | 228 | 256 |

## Portfolio Analysis 06-30-2015

| Asset Allocation % | Net % | Long % | Short % |
|---|---|---|---|
| Cash | 3.17 | 91.56 | 88.39 |
| US Stocks | 9.66 | 9.66 | 0.00 |
| Non-US Stocks | 29.78 | 29.89 | 0.11 |
| Bonds | 47.98 | 126.90 | 78.92 |
| Other/Not Clsfd | 9.41 | 10.53 | 1.12 |
| Total | 100.00 | 268.53 | 168.53 |

Equity Style: Large Blend

| Portfolio Statistics | Port Avg | Rel Index | Rel Cat |
|---|---|---|---|
| P/E Ratio TTM | — | — | — |
| P/C Ratio TTM | — | — | — |
| P/B Ratio TTM | — | — | — |
| Geo Avg Mkt Cap $mil | — | — | — |

Fixed-Income Style: Mod, Med

| | |
|---|---|
| Avg Eff Maturity | — |
| Avg Eff Duration | 3.60 |
| Avg Wtd Coupon | 3.30 |
| Avg Wtd Price | 110.93 |

| Credit Quality Breakdown | Bond % |
|---|---|
| AAA | — |
| AA | — |
| A | — |
| BBB | — |
| BB | — |
| B | — |
| Below B | — |
| NR | — |

| Regional Exposure | Stock % | Rel Std Index |
|---|---|---|
| Americas | — | — |
| Greater Europe | — | — |
| Greater Asia | — | — |

| Share Chg since 03-2015 | Share Amount | Holdings: 1,033 Total Stocks, 7,922 Total Fixed-Income, 46% Turnover Ratio | % Net Assets |
|---|---|---|---|
| ⊖ | 1 mil | PIMCO Total Return Instl | 15.75 |
| ⊕ | 1 mil | PIMCO Real Return Asset Instl | 9.23 |
| ⊖ | 703,762 | PIMCO Foreign Bond (USD-Hedged) I | 7.84 |
| ⊖ | 655,090 | PIMCO Real Return Instl | 7.53 |
| ⊕ | 594,160 | PIMCO Long Duration Total Return I | 7.12 |
| ✳ | 3,250 | Fin Fut Emini S&P500 Cme 09/18/15 | 7.07 |
| ⊖ | 539,696 | PIMCO High Yield Instl | 5.20 |
| | 119,380 | Vanguard FTSE Emerging Markets ETF | 5.17 |
| ⊖ | 506,412 | PIMCO StocksPLUS® Small Institutio | 5.15 |
| ⊕ | 1 mil | PIMCO Real Estate Real Return Stra | 5.11 |
| ⊖ | 605,575 | PIMCO StocksPLUS® Intl (USD-Hedged) | 5.09 |
| ✳ | 608,705 | PIMCO StocksPLUS® Intl (Unhedged) | 4.14 |
| ✳ | 401,236 | PIMCO StocksPLUS® Absolute Return | 4.13 |
| ⊖ | 396,837 | PIMCO StocksPLUS® Instl | 4.00 |
| ⊖ | 328,208 | PIMCO RAE Fundamental PLUS EMG Inst | 3.31 |

| Sector Weightings | Stocks % | Rel Std Index |
|---|---|---|
| ↻ Cyclical | — | — |
| ⬢ Basic Materials | — | — |
| ⬢ Consumer Cyclical | — | — |
| ⬢ Financial Services | — | — |
| ⬢ Real Estate | — | — |
| ⌇ Sensitive | — | — |
| ⬢ Communication Services | — | — |
| ⬢ Energy | — | — |
| ⬢ Industrials | — | — |
| ⬢ Technology | — | — |
| → Defensive | — | — |
| ⬢ Consumer Defensive | — | — |
| ⬢ Healthcare | — | — |
| ⬢ Utilities | — | — |

©2015 Morningstar. All Rights Reserved. The information, data, analyses and opinions contained herein (1) include the confidential and proprietary information of Morningstar, (2) may include, or be derived from, account information provided by your financial advisor which cannot be verified by Morningstar, (3) may not be copied or redistributed, (4) do not constitute investment advice offered by Morningstar, (5) are provided solely for informational purposes and therefore are not an offer to buy or sell a security, and (6) are not warranted to be correct, complete or accurate. Except as otherwise required by law, Morningstar shall not be responsible for any trading decisions, damages or other losses resulting from, or related to, this information, data, analyses or opinions or their use. This report is supplemental sales literature. If applicable it must be preceded or accompanied by a prospectus, or equivalent, and disclosure statement.

MORNINGSTAR®

Release date 08-31-2015

# PIMCO RealPath™ 2030 Institutional (USD)

| | | | | | | |
|---|---|---|---|---|---|---|
| Overall Morningstar Rating™ | Standard Index | Category Index | Morningstar Cat |
| ★ | Morningstar Mod Tgt Risk TR USD | Morningstar Lifetime Mod 2030 TR USD | US OE Target Date 2026-2030 |
| 198 US OE Target Date 2026-2030 | | | |

### Performance 08-31-2015

| Quarterly Returns | 1st Qtr | 2nd Qtr | 3rd Qtr | 4th Qtr | Total % |
|---|---|---|---|---|---|
| 2013 | 3.33 | -4.08 | 3.55 | 2.72 | 5.42 |
| 2014 | 1.45 | 4.53 | -1.95 | 0.55 | 4.54 |
| 2015 | 2.67 | -1.31 | — | — | -4.14 |

| Trailing Returns | 1 Yr | 3 Yr | 5 Yr | 10 Yr | Incept |
|---|---|---|---|---|---|
| Load-adj Mthly | -6.83 | 3.04 | 4.37 | — | 3.23 |
| Std 06-30-2015 | -0.11 | — | 6.38 | — | 4.10 |
| Total Return | -6.83 | 3.04 | 4.37 | — | 3.23 |
| +/- Std Index | -3.16 | -3.54 | -3.86 | — | — |
| +/- Cat Index | -2.71 | -5.64 | -6.23 | — | — |
| % Rank Cat | 95 | 90 | 96 | — | |
| No. in Cat | 238 | 198 | 171 | — | |

| | Subsidized | Unsubsidized |
|---|---|---|
| 7-day Yield | — | — |
| 30-day SEC Yield | 8.15 [1] | 7.53 |

1. Contractual waiver; Expires 07-31-2016

**Performance Disclosure**
*The Overall Morningstar Rating is based on risk-adjusted returns, derived from a weighted average of the three-, five-, and 10-year (if applicable) Morningstar metrics.*
*The performance data quoted represents past performance and does not guarantee future results. The investment return and principal value of an investment will fluctuate; thus an investor's shares, when sold or redeemed, may be worth more or less than their original cost.*
*Current performance may be lower or higher than return data quoted herein. For performance data current to the most recent month-end, please call 888-877-4626 or visit https://investments.pimco.com.*

### Fees and Expenses

**Sales Charges**
| | |
|---|---|
| Front-End Load % | NA |
| Deferred Load % | NA |

**Fund Expenses**
| | |
|---|---|
| Management Fees % | 0.63 |
| 12b1 Expense % | NA |
| **Gross Expense Ratio %** | **1.19** |

### Risk and Return Profile

| | 3 Yr 198 funds | 5 Yr 171 funds | 10 Yr 60 funds |
|---|---|---|---|
| Morningstar Rating™ | 1★ | 1★ | — |
| Morningstar Risk | Avg | Low | — |
| Morningstar Return | Low | Low | — |

| | 3 Yr | 5 Yr | 10 Yr |
|---|---|---|---|
| Standard Deviation | 7.30 | 7.10 | — |
| Mean | 3.04 | 4.37 | — |
| Sharpe Ratio | 0.44 | 0.63 | — |

| MPT Statistics | Standard Index | Best Fit Index Morningstar Lifetime Mod 2010 TR USD |
|---|---|---|
| Alpha | -4.25 | -3.90 |
| Beta | 1.15 | 1.51 |
| R-Squared | 86.41 | 90.19 |
| 12-Month Yield | | 6.29% |
| Potential Cap Gains Exp | | -6.25% |



| | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 08-15 | History |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | — | — | — | — | 6.19 | 7.65 | 7.80 | 7.43 | 7.89 | 8.01 | 7.76 | 7.37 | NAV/Price |
| | — | — | — | — | — | 27.85 | 10.89 | -0.22 | 11.40 | 5.42 | 4.54 | -4.14 | Total Return % |
| | — | — | — | — | — | 6.08 | -1.44 | -0.81 | -0.64 | -8.89 | -0.35 | -1.91 | +/- Standard Index |
| | — | — | — | — | — | -1.76 | -5.15 | 1.01 | -3.28 | -14.22 | -1.47 | -1.50 | +/- Category Index |
| | — | — | — | — | — | 60 | 95 | 9 | 88 | 92 | 65 | — | % Rank Cat |
| | — | — | — | — | — | 200 | 200 | 205 | 208 | 222 | 228 | 256 | No. of Funds in Cat |

### Portfolio Analysis 06-30-2015

| Asset Allocation % | Net % | Long % | Short % |
|---|---|---|---|
| Cash | -3.93 | 80.94 | 84.86 |
| US Stocks | 11.85 | 11.85 | 0.00 |
| Non-US Stocks | 41.64 | 41.75 | 0.10 |
| Bonds | 36.27 | 113.19 | 76.92 |
| Other/Not Clsfd | 14.16 | 15.19 | 1.03 |
| Total | 100.00 | 262.91 | 162.91 |

| Equity Style | | Portfolio Statistics | Port Avg | Rel Index | Rel Cat |
|---|---|---|---|---|---|
| Value Blend Growth | | P/E Ratio TTM | — | — | — |
| | Large | P/C Ratio TTM | — | — | — |
| | Mid | P/B Ratio TTM | — | — | — |
| | Small | Geo Avg Mkt Cap $mil | — | — | — |

| Fixed-Income Style | | | |
|---|---|---|---|
| Ltd Mod Ext | | Avg Eff Maturity | — |
| | High | Avg Eff Duration | 2.45 |
| | Med | Avg Wtd Coupon | 3.23 |
| | Low | Avg Wtd Price | 60.53 |

| Credit Quality Breakdown — | Bond % |
|---|---|
| AAA | — |
| AA | — |
| A | — |
| BBB | — |
| BB | — |
| B | — |
| Below B | — |
| NR | — |

| Regional Exposure | Stock % | Rel Std Index |
|---|---|---|
| Americas | — | — |
| Greater Europe | — | — |
| Greater Asia | — | — |

**Investment Style**
Fixed-Income
Bond %

**Growth of $10,000**
- PIMCO RealPath™ 2030 Institutional: 12,662
- Category Average: 13,576
- Standard Index: 14,613

**Performance Quartile** (within category)

| Share Chg since 03-2015 | Share Amount | Holdings: 1,037 Total Stocks, 5,741 Total Fixed-Income, 43% Turnover Ratio | % Net Assets |
|---|---|---|---|
| ⊕ | 3 mil | PIMCO Real Estate Real Return Stra | 9.84 |
| | 277,720 | Vanguard FTSE Emerging Markets ETF | 9.61 |
| ⊖ | 1 mil | PIMCO StocksPLUS® Intl (USD-Hedged) | 8.58 |
| ⊕ | 1 mil | PIMCO Real Return Asset Instl | 8.55 |
| ⊖ | 959,152 | PIMCO High Yield Instl | 7.38 |
| ✻ | 4,050 | Fin Fut Emini S&P500 Cme 09/18/15 | 7.04 |
| ✻ | 838,837 | PIMCO StocksPLUS® Absolute Return | 6.89 |
| ⊕ | 661,153 | PIMCO Long Duration Total Return I | 6.33 |
| ⊖ | 710,929 | PIMCO StocksPLUS® Instl | 5.72 |
| ✻ | 990,312 | PIMCO StocksPLUS® Intl (Unhedged) | 5.38 |
| ⊖ | 604,604 | PIMCO StocksPLUS® Small Institutio | 4.91 |
| ⊖ | 568,888 | PIMCO Emerging Markets Bond Instl | 4.91 |
| ⊖ | 473,119 | PIMCO RAE Fundamental PLUS EMG Inst | 3.81 |
| ⊕ | 416,584 | PIMCO TRENDS Managed Futures Strat | 3.60 |
| ⊖ | 381,035 | PIMCO CommoditiesPLUS® Strategy In | 2.48 |

| Sector Weightings | Stocks % | Rel Std Index |
|---|---|---|
| ↻ Cyclical | — | — |
| Basic Materials | — | — |
| Consumer Cyclical | — | — |
| Financial Services | — | — |
| Real Estate | — | — |
| ⌇ Sensitive | — | — |
| Communication Services | — | — |
| Energy | — | — |
| Industrials | — | — |
| Technology | — | — |
| → Defensive | — | — |
| Consumer Defensive | — | — |
| Healthcare | — | — |
| Utilities | — | — |

### Operations

| | | | | | |
|---|---|---|---|---|---|
| Family: | PIMCO | Base Currency: | USD | Incept: | 03-31-2008 |
| Manager: | Vineer Bhansali | Ticker: | PRLIX | Type: | MF |
| Tenure: | 7.2 Years | Minimum Initial Purchase: | $1 mil | Total Assets: | $108.84 mil |
| Objective: | Asset Allocation | Purchase Constraints: | A | | |

©2015 Morningstar. All Rights Reserved. The information, data, analyses and opinions contained herein (1) include the confidential and proprietary information of Morningstar, (2) may include, or be derived from, account information provided by your financial advisor which cannot be verified by Morningstar, (3) may not be copied or redistributed, (4) do not constitute investment advice offered by Morningstar, (5) are provided solely for informational purposes and therefore are not an offer to buy or sell a security, and (6) are not warranted to be correct, complete or accurate. Except as otherwise required by law, Morningstar shall not be responsible for any trading decisions, damages or other losses resulting from, or related to, this information, data, analyses or opinions or their use. This report is supplemental sales literature. If applicable it must be preceded or accompanied by a prospectus, or equivalent, and disclosure statement.



Release date 08-31-2015

# PIMCO RealPath™ 2040 Institutional (USD)

| Overall Morningstar Rating™ | Standard Index | Category Index | Morningstar Cat |
|---|---|---|---|
| ★ | Morningstar Mod Tgt Risk TR USD | Morningstar Lifetime Mod 2040 TR USD | US OE Target Date 2036-2040 |
| 197 US OE Target Date 2036-2040 | | | |

## Performance 08-31-2015

| Quarterly Returns | 1st Qtr | 2nd Qtr | 3rd Qtr | 4th Qtr | Total % |
|---|---|---|---|---|---|
| 2013 | 4.23 | -4.00 | 4.10 | 3.43 | 7.73 |
| 2014 | 1.45 | 4.69 | -2.44 | 0.94 | 4.58 |
| 2015 | 2.97 | -0.97 | — | — | -4.69 |

| Trailing Returns | 1 Yr | 3 Yr | 5 Yr | 10 Yr | Incept |
|---|---|---|---|---|---|
| Load-adj Mthly | -7.59 | 3.70 | 5.24 | — | 3.77 |
| Std 06-30-2015 | 0.42 | — | 7.75 | — | 4.83 |
| Total Return | -7.59 | 3.70 | 5.24 | — | 3.77 |
| +/- Std Index | -3.92 | -2.89 | -2.99 | — | — |
| +/- Cat Index | -2.39 | -5.88 | -5.86 | — | — |
| % Rank Cat | 95 | 91 | 94 | — | |
| No. in Cat | 237 | 197 | 170 | — | |

| | Subsidized | Unsubsidized |
|---|---|---|
| 7-day Yield | — | — |
| 30-day SEC Yield | 8.39 [1] | 7.75 |

1. Contractual waiver; Expires 07-31-2016

### Performance Disclosure

*The Overall Morningstar Rating is based on risk-adjusted returns, derived from a weighted average of the three-, five-, and 10-year (if applicable) Morningstar metrics.*

*The performance data quoted represents past performance and does not guarantee future results. The investment return and principal value of an investment will fluctuate; thus an investor's shares, when sold or redeemed, may be worth more or less than their original cost.*

*Current performance may be lower or higher than return data quoted herein. For performance data current to the most recent month-end, please call 888-877-4626 or visit https://investments.pimco.com.*

## Fees and Expenses

**Sales Charges**
| | |
|---|---|
| Front-End Load % | NA |
| Deferred Load % | NA |

**Fund Expenses**
| | |
|---|---|
| Management Fees % | 0.65 |
| 12b1 Expense % | NA |
| **Gross Expense Ratio %** | **1.22** |

## Risk and Return Profile

| | 3 Yr 197 funds | 5 Yr 170 funds | 10 Yr 55 funds |
|---|---|---|---|
| Morningstar Rating™ | 1★ | 1★ | — |
| Morningstar Risk | Avg | Low | — |
| Morningstar Return | Low | Low | — |

| | 3 Yr | 5 Yr | 10 Yr |
|---|---|---|---|
| Standard Deviation | 8.37 | 8.55 | — |
| Mean | 3.70 | 5.24 | — |
| Sharpe Ratio | 0.47 | 0.63 | — |

| MPT Statistics | Standard Index | Best Fit Index Morningstar Lifetime Mod 2015 TR USD |
|---|---|---|
| Alpha | — | -4.78 | -4.62 |
| Beta | | 1.34 | 1.58 |
| R-Squared | | 89.59 | 90.65 |
| 12-Month Yield | | | 6.76% |
| Potential Cap Gains Exp | | | -4.26% |

## Operations

| | |
|---|---|
| Family: | PIMCO |
| Manager: | Vineer Bhansali |
| Tenure: | 7.2 Years |
| Objective: | Asset Allocation |
| Base Currency: | USD |
| Ticker: | PROIX |
| Minimum Initial Purchase: | $1 mil |
| Purchase Constraints: | A |
| Incept: | 03-31-2008 |
| Type: | MF |
| Total Assets: | $85.07 mil |

---

**Investment Style**: Fixed-Income
Bond %

**Performance Quartile** (within category)

| History | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 08-15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NAV/Price | — | — | — | — | 5.69 | 7.50 | 7.67 | 7.15 | 7.67 | 7.93 | 7.73 | 7.30 |
| Total Return % | — | — | — | — | — | 36.00 | 13.60 | -1.60 | 13.52 | 7.73 | 4.58 | -4.69 |
| +/- Standard Index | — | — | — | — | — | 14.23 | 1.26 | -2.19 | 1.48 | -6.58 | -0.30 | -2.45 |
| +/- Category Index | — | — | — | — | — | 4.19 | -3.11 | 1.25 | -2.18 | -15.33 | -0.93 | -1.44 |
| % Rank Cat | — | — | — | — | — | 8 | 63 | 10 | 80 | 92 | 67 | — |
| No. of Funds in Cat | — | — | — | — | — | 193 | 194 | 202 | 204 | 218 | 227 | 255 |

**Growth of $10,000**
- PIMCO RealPath™ 2040 Institutional: 13,157
- Category Average: 13,814
- Standard Index: 14,613

Style Box (top row): 51 | 32 | 37 | 38 | 40 | 35 | 36 | 40

## Portfolio Analysis 06-30-2015

| Asset Allocation % | Net % | Long % | Short % |
|---|---|---|---|
| Cash | -9.74 | 88.87 | 98.61 |
| US Stocks | 19.33 | 19.33 | 0.00 |
| Non-US Stocks | 48.78 | 48.90 | 0.11 |
| Bonds | 27.35 | 115.38 | 88.04 |
| Other/Not Clsfd | 14.28 | 15.16 | 0.88 |
| Total | 100.00 | 287.64 | 187.64 |

**Equity Style**: Large Blend

**Portfolio Statistics**
| | Port Avg | Rel Index | Rel Cat |
|---|---|---|---|
| P/E Ratio TTM | — | — | — |
| P/C Ratio TTM | — | — | — |
| P/B Ratio TTM | — | — | — |
| Geo Avg Mkt Cap $mil | — | — | — |

**Fixed-Income Style**: Mod/Med

| | |
|---|---|
| Avg Eff Maturity | — |
| Avg Eff Duration | 1.42 |
| Avg Wtd Coupon | 3.17 |
| Avg Wtd Price | 33.55 |

**Credit Quality Breakdown** — Bond %
AAA — ; AA — ; A — ; BBB — ; BB — ; B — ; Below B — ; NR —

**Regional Exposure** — Stock %, Rel Std Index
Americas — —
Greater Europe — —
Greater Asia — —

| Share Chg since 03-2015 | Share Amount | Holdings: 1,034 Total Stocks, 3,762 Total Fixed-Income, 35% Turnover Ratio | % Net Assets |
|---|---|---|---|
| ⊖ | 249,930 | Vanguard FTSE Emerging Markets ETF | 11.04 |
| ⊖ | 1 mil | PIMCO StocksPLUS® Intl (USD-Hedged) | 10.42 |
| ⊖ | 960,450 | PIMCO StocksPLUS® Small Institutio | 9.96 |
| ⊕ | 2 mil | PIMCO Real Estate Real Return Stra | 9.89 |
| ✴ | 830,410 | PIMCO StocksPLUS® Absolute Return | 8.71 |
| ⊖ | 799,551 | PIMCO StocksPLUS® Instl | 8.22 |
| ✴ | 3,350 | Fin Fut Emini S&P500 Cme 09/18/15 | 7.44 |
| ⊕ | 500,437 | PIMCO Long Duration Total Return I | 6.12 |
| ✴ | 854,773 | PIMCO StocksPLUS® Intl (Unhedged) | 5.93 |
| ⊕ | 612,243 | PIMCO Real Return Asset Instl | 5.35 |
| ⊖ | 464,897 | PIMCO RAE Fundamental PLUS EMG Inst | 4.78 |
| ⊕ | 441,700 | PIMCO High Yield Instl | 4.34 |
| ⊖ | 353,578 | PIMCO TRENDS Managed Futures Strat | 3.90 |
| ⊕ | 304,658 | PIMCO CommoditiesPLUS® Strategy In | 2.53 |
| ⊖ | 222,046 | PIMCO Emerging Markets Bond Instl | 2.45 |

| Sector Weightings | Stocks % | Rel Std Index |
|---|---|---|
| ↻ Cyclical | — | — |
| Basic Materials | — | — |
| Consumer Cyclical | — | — |
| Financial Services | — | — |
| Real Estate | — | — |
| 〰 Sensitive | — | — |
| Communication Services | — | — |
| Energy | — | — |
| Industrials | — | — |
| Technology | — | — |
| → Defensive | — | — |
| Consumer Defensive | — | — |
| Healthcare | — | — |
| Utilities | — | — |

©2015 Morningstar. All Rights Reserved. The information, data, analyses and opinions contained herein (1) include the confidential and proprietary information of Morningstar, (2) may be, or be derived from, account information provided by your financial advisor which cannot be verified by Morningstar, (3) may not be copied or redistributed, (4) do not constitute investment advice offered by Morningstar, (5) are provided solely for informational purposes and therefore are not an offer to buy or sell a security, and (6) are not warranted to be correct, complete or accurate. Except as otherwise required by law, Morningstar shall not be responsible for any trading decisions, damages or other losses resulting from, or related to, this information, data, analyses or opinions or their use. This report is supplemental sales literature. If applicable it must be preceded or accompanied by a prospectus, or equivalent, and disclosure statement.


MORNINGSTAR®

Release date 08-31-2015

# PIMCO RealPath™ 2050 Institutional (USD)

| | | | | | |
|---|---|---|---|---|---|
| Overall Morningstar Rating™ | Standard Index | Category Index | Morningstar Cat | | |
| ★ 177 US OE Target Date 2046-2050 | Morningstar Mod Tgt Risk TR USD | Morningstar Lifetime Mod 2050 TR USD | US OE Target Date 2046-2050 | | |

## Performance 08-31-2015

| Quarterly Returns | 1st Qtr | 2nd Qtr | 3rd Qtr | 4th Qtr | Total % |
|---|---|---|---|---|---|
| 2013 | 4.50 | -4.24 | 4.39 | 3.50 | 8.12 |
| 2014 | 1.45 | 4.86 | -2.39 | 0.85 | 4.71 |
| 2015 | 3.14 | -0.80 | — | — | -4.97 |

| Trailing Returns | 1 Yr | 3 Yr | 5 Yr | 10 Yr | Incept |
|---|---|---|---|---|---|
| Load-adj Mthly | -7.95 | 3.77 | 5.14 | — | 3.82 |
| Std 06-30-2015 | 0.72 | — | 7.88 | — | 4.98 |
| Total Return | -7.95 | 3.77 | 5.14 | — | 3.82 |
| +/- Std Index | -4.29 | -2.82 | -3.09 | — | — |
| +/- Cat Index | -2.09 | -5.60 | -5.67 | — | — |
| % Rank Cat | 93 | 90 | 95 | — | |
| No. in Cat | 222 | 177 | 132 | — | |

| | Subsidized | Unsubsidized |
|---|---|---|
| 7-day Yield | — | — |
| 30-day SEC Yield | 8.58 [1] | 7.93 |

1. Contractual waiver; Expires 07-31-2016

### Performance Disclosure
*The Overall Morningstar Rating is based on risk-adjusted returns, derived from a weighted average of the three-, five-, and 10-year (if applicable) Morningstar metrics.*

*The performance data quoted represents past performance and does not guarantee future results. The investment return and principal value of an investment will fluctuate; thus an investor's shares, when sold or redeemed, may be worth more or less than their original cost.*

*Current performance may be lower or higher than return data quoted herein. For performance data current to the most recent month-end, please call 888-877-4626 or visit https://investments.pimco.com.*

## Fees and Expenses

### Sales Charges
| | |
|---|---|
| Front-End Load % | NA |
| Deferred Load % | NA |

### Fund Expenses
| | |
|---|---|
| Management Fees % | 0.67 |
| 12b1 Expense % | NA |
| **Gross Expense Ratio %** | **1.22** |

## Risk and Return Profile

| | 3 Yr 177 funds | 5 Yr 132 funds | 10 Yr 16 funds |
|---|---|---|---|
| Morningstar Rating™ | 1★ | 1★ | — |
| Morningstar Risk | Avg | Low | — |
| Morningstar Return | Low | Low | — |

| | 3 Yr | 5 Yr | 10 Yr |
|---|---|---|---|
| Standard Deviation | 8.85 | 9.09 | — |
| Mean | 3.77 | 5.14 | — |
| Sharpe Ratio | 0.46 | 0.59 | — |

| MPT Statistics | Standard Index | Best Fit Index Morningstar Gbl Allocation TR USD |
|---|---|---|
| Alpha | -5.19 | -4.04 |
| Beta | 1.42 | 1.29 |
| R-Squared | 89.81 | 90.66 |
| 12-Month Yield | | 6.61% |
| Potential Cap Gains Exp | | -6.61% |

## Investment Style
Fixed-Income
Bond %

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 50 | 33 | 36 | 36 | 38 | 33 | 34 | 39 |

### Growth of $10,000
- PIMCO RealPath™ 2050 Institutional  13,209
- Category Average  13,992
- Standard Index  14,613

### Performance Quartile (within category)

| 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 08-15 | History |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| — | — | — | — | 5.70 | 7.78 | 8.01 | 7.32 | 7.91 | 8.19 | 8.03 | 7.56 | NAV/Price |
| — | — | — | — | — | 38.82 | 14.56 | -3.11 | 14.37 | 8.12 | 4.71 | -4.97 | Total Return % |
| — | — | — | — | — | 17.05 | 2.23 | -3.71 | 2.33 | -6.19 | -0.17 | -2.74 | +/- Standard Index |
| — | — | — | — | — | 6.06 | -2.22 | 0.36 | -1.56 | -14.71 | -0.28 | -1.48 | +/- Category Index |
| — | — | — | — | — | 6 | 53 | 18 | 77 | 91 | 68 | — | % Rank Cat |
| — | — | — | — | — | 139 | 150 | 168 | 177 | 202 | 212 | 240 | No. of Funds in Cat |

## Portfolio Analysis 06-30-2015

| Asset Allocation % | Net % | Long % | Short % |
|---|---|---|---|
| Cash | -13.07 | 88.53 | 101.60 |
| US Stocks | 20.84 | 20.84 | 0.00 |
| Non-US Stocks | 54.09 | 54.19 | 0.10 |
| Bonds | 23.64 | 114.71 | 91.07 |
| Other/Not Clsfd | 14.49 | 14.98 | 0.49 |
| Total | 100.00 | 293.25 | 193.25 |

### Equity Style
Value  Blend  Growth  (Large/Mid/Small)

| Portfolio Statistics | Port Avg | Rel Index | Rel Cat |
|---|---|---|---|
| P/E Ratio TTM | — | — | — |
| P/C Ratio TTM | — | — | — |
| P/B Ratio TTM | — | — | — |
| Geo Avg Mkt Cap $mil | — | — | — |

### Fixed-Income Style
Ltd Mod Ext (High/Med/Low)

| | |
|---|---|
| Avg Eff Maturity | — |
| Avg Eff Duration | 0.99 |
| Avg Wtd Coupon | 3.17 |
| Avg Wtd Price | 26.59 |

### Credit Quality Breakdown — Bond %
| AAA | — |
|---|---|
| AA | — |
| A | — |
| BBB | — |
| BB | — |
| B | — |
| Below B | — |
| NR | — |

### Regional Exposure
| | Stock % | Rel Std Index |
|---|---|---|
| Americas | — | — |
| Greater Europe | — | — |
| Greater Asia | — | — |

| Share Chg since 03-2015 | Share Amount | Holdings: 1,035 Total Stocks, 3,757 Total Fixed-Income, 22% Turnover Ratio | % Net Assets |
|---|---|---|---|
| ⊖ | 302,240 | Vanguard FTSE Emerging Markets ETF | 13.30 |
| ⊕ | 1 mil | PIMCO StocksPLUS® Intl (USD-Hedged) | 12.02 |
| ⊖ | 969,533 | PIMCO StocksPLUS® Instl | 9.93 |
| ⊖ | 958,270 | PIMCO StocksPLUS® Small Institutio | 9.90 |
| ✳ | 933,118 | PIMCO StocksPLUS® Absolute Return | 9.75 |
| ⊕ | 2 mil | PIMCO Real Estate Real Return Stra | 9.67 |
| ✳ | 3,150 | Fin Fut Emini S&P500 Cme 09/18/15 | 6.97 |
| ✳ | 976,742 | PIMCO StocksPLUS® Intl (Unhedged) | 6.75 |
| ⊕ | 508,464 | PIMCO Long Duration Total Return I | 6.19 |
| ⊕ | 472,808 | PIMCO RAE Fundamental PLUS EMG Inst | 4.84 |
| ⊕ | 352,229 | PIMCO TRENDS Managed Futures Strat | 3.87 |
| ⊕ | 299,298 | PIMCO CommoditiesPLUS® Strategy In | 2.47 |
| ⊕ | 194,778 | PIMCO Emerging Markets Bond Instl | 2.14 |
| ⊕ | 189,270 | PIMCO High Yield Instl | 1.85 |
| ✳ | 210,764 | PIMCO Real Return Asset Instl | 1.83 |

### Sector Weightings
| | Stocks % | Rel Std Index |
|---|---|---|
| ⟳ Cyclical | — | — |
| ⚒ Basic Materials | — | — |
| 🛒 Consumer Cyclical | — | — |
| 💵 Financial Services | — | — |
| 🏠 Real Estate | — | — |
| ⚡ Sensitive | — | — |
| 📡 Communication Services | — | — |
| ⛽ Energy | — | — |
| ⚙ Industrials | — | — |
| 💻 Technology | — | — |
| → Defensive | — | — |
| 🛒 Consumer Defensive | — | — |
| ✚ Healthcare | — | — |
| 💡 Utilities | — | — |

## Operations

| | | | | | |
|---|---|---|---|---|---|
| Family: | PIMCO | Base Currency: | USD | Incept: | 03-31-2008 |
| Manager: | Vineer Bhansali | Ticker: | PRMIX | Type: | MF |
| Tenure: | 7.2 Years | Minimum Initial Purchase: | $1 mil | Total Assets: | $85.49 mil |
| Objective: | Asset Allocation | Purchase Constraints: | A | | |

©2015 Morningstar. All Rights Reserved. The information, data, analyses and opinions contained herein (1) include the confidential and proprietary information of Morningstar, (2) may be copied or redistributed, (3) do not constitute investment advice offered by Morningstar, (4) are provided solely for informational purposes and therefore are not an offer to buy or sell a security, and (5) are not warranted to be correct, complete or accurate. Except as otherwise required by law, Morningstar shall not be responsible for any trading decisions, damages or other losses resulting from, or related to, this information, data, analyses or opinions or their use. This report is supplemental sales literature. If applicable it must be preceded or accompanied by a prospectus, or equivalent, and disclosure statement.

MORNINGSTAR®

Release date 08-31-2015

# PIMCO RealPath™ Income Institutional (USD)

| Overall Morningstar Rating™ | Standard Index | Category Index | Morningstar Cat |
|---|---|---|---|
| ★★ | Morningstar Mod | Morningstar | US OE Retirement |
| 153 US OE Retirement Income | Tgt Risk TR USD | Lifetime Mod Incm TR USD | Income |

## Performance 08-31-2015

| Quarterly Returns | 1st Qtr | 2nd Qtr | 3rd Qtr | 4th Qtr | Total % |
|---|---|---|---|---|---|
| 2013 | 1.63 | -3.76 | 2.21 | 0.90 | 0.87 |
| 2014 | 1.73 | 3.67 | -1.14 | 0.45 | 4.72 |
| 2015 | 2.25 | -1.75 | — | — | -2.52 |

| Trailing Returns | 1 Yr | 3 Yr | 5 Yr | 10 Yr | Incept |
|---|---|---|---|---|---|
| Load-adj Mthly | -4.26 | 1.79 | 3.73 | — | 4.04 |
| Std 06-30-2015 | -0.24 | — | 5.25 | — | 4.57 |
| Total Return | -4.26 | 1.79 | 3.73 | — | 4.04 |
| +/- Std Index | -0.60 | -4.79 | -4.49 | — | — |
| +/- Cat Index | -2.01 | -1.84 | -2.31 | — | — |
| % Rank Cat | 93 | 82 | 74 | — | |
| No. in Cat | 166 | 153 | 143 | — | |

| | Subsidized | Unsubsidized |
|---|---|---|
| 7-day Yield | | |
| 30-day SEC Yield | 5.29 [1] | 4.73 |

1. Contractual waiver; Expires 07-31-2016

### Performance Disclosure
*The Overall Morningstar Rating is based on risk-adjusted returns, derived from a weighted average of the three-, five-, and 10-year (if applicable) Morningstar metrics.*

*The performance data quoted represents past performance and does not guarantee future results. The investment return and principal value of an investment will fluctuate; thus an investor's shares, when sold or redeemed, may be worth more or less than their original cost.*

*Current performance may be lower or higher than return data quoted herein. For performance data current to the most recent month-end, please call 888-877-4626 or visit https://investments.pimco.com.*

## Fees and Expenses

### Sales Charges
| | |
|---|---|
| Front-End Load % | NA |
| Deferred Load % | NA |

### Fund Expenses
| | |
|---|---|
| Management Fees % | 0.55 |
| 12b1 Expense % | NA |
| **Gross Expense Ratio %** | **1.09** |

## Risk and Return Profile

| | 3 Yr 153 funds | 5 Yr 143 funds | 10 Yr 61 funds |
|---|---|---|---|
| Morningstar Rating™ | 2★ | 2★ | — |
| Morningstar Risk | High | Avg | — |
| Morningstar Return | -Avg | -Avg | — |

| | 3 Yr | 5 Yr | 10 Yr |
|---|---|---|---|
| Standard Deviation | 5.13 | 4.83 | — |
| Mean | 1.79 | 3.73 | — |
| Sharpe Ratio | 0.36 | 0.77 | — |

| MPT Statistics | Standard Index | Best Fit Index Morningstar Con Tgt Risk TR USD |
|---|---|---|
| Alpha | -2.89 | -1.86 |
| Beta | 0.73 | 1.70 |
| R-Squared | 70.69 | 85.70 |
| 12-Month Yield | | 5.48% |
| Potential Cap Gains Exp | | -6.80% |

## Operations
| | |
|---|---|
| Family: | PIMCO |
| Manager: | Vineer Bhansali |
| Tenure: | 7.2 Years |
| Objective: | Asset Allocation |
| Base Currency: | USD |
| Ticker: | PRIEX |
| Minimum Initial Purchase: | $1 mil |
| Purchase Constraints: | A |
| Incept: | 03-31-2008 |
| Type: | MF |
| Total Assets: | $78.20 mil |

## Investment Style
Fixed-Income
Bond %

| | | | | | | 56 | 41 | 45 | 50 | 66 | 54 | 50 | 47 | |

## Growth of $10,000
- PIMCO RealPath™ Income Institutional  13,412
- Category Average  13,261
- Standard Index  14,613

### Performance Quartile
(within category)

| History | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 08-15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NAV/Price | — | — | — | — | 6.87 | 8.18 | 8.41 | 8.37 | 8.82 | 8.61 | 8.45 | 8.17 |
| Total Return % | — | — | — | — | — | 23.41 | 10.77 | 3.84 | 9.62 | 0.87 | 4.72 | -2.52 |
| +/- Standard Index | — | — | — | — | — | 1.63 | -1.57 | 3.25 | -2.43 | -13.44 | -0.16 | -0.29 |
| +/- Category Index | — | — | — | — | — | 7.90 | 0.74 | -0.28 | 0.83 | -5.58 | 0.64 | -1.47 |
| % Rank Cat | — | — | — | — | — | — | — | — | 38 | 90 | 40 | — |
| No. of Funds in Cat | — | — | — | — | — | — | — | — | 281 | 293 | 272 | 184 |

## Portfolio Analysis 06-30-2015

| Asset Allocation % | Net % | Long % | Short % |
|---|---|---|---|
| Cash | 17.22 | 91.10 | 73.88 |
| US Stocks | 6.54 | 6.54 | 0.00 |
| Non-US Stocks | 22.90 | 23.00 | 0.10 |
| Bonds | 44.14 | 115.91 | 71.78 |
| Other/Not Clsfd | 9.21 | 9.64 | 0.44 |
| Total | 100.00 | 246.20 | 146.20 |

### Equity Style
Value Blend Growth / Large Mid Small

### Portfolio Statistics
| | Port Avg | Rel Index | Rel Cat |
|---|---|---|---|
| P/E Ratio TTM | — | — | — |
| P/C Ratio TTM | — | — | — |
| P/B Ratio TTM | — | — | — |
| Geo Avg Mkt Cap $mil | — | — | — |

### Fixed-Income Style
Ltd Mod Ext / High Med Low

| | |
|---|---|
| Avg Eff Maturity | — |
| Avg Eff Duration | 3.80 |
| Avg Wtd Coupon | 3.23 |
| Avg Wtd Price | 124.44 |

### Credit Quality Breakdown — Bond %
| AAA | — |
|---|---|
| AA | — |
| A | — |
| BBB | — |
| BB | — |
| B | — |
| Below B | — |
| NR | — |

### Regional Exposure
| | Stock % | Rel Std Index |
|---|---|---|
| Americas | — | — |
| Greater Europe | — | — |
| Greater Asia | — | — |

| Share Chg since 03-2015 | Share Amount | Holdings: 1,029 Total Stocks, 7,828 Total Fixed-Income, 50% Turnover Ratio | % Net Assets |
|---|---|---|---|
| ⊖ | 1 mil | PIMCO Total Return Instl | 14.93 |
| ⊖ | 961,994 | PIMCO Real Return Instl | 11.18 |
| ⊖ | 834,991 | PIMCO Foreign Bond (USD-Hedged) I | 9.41 |
| ⊕ | 578,684 | PIMCO Long Duration Total Return I | 7.01 |
| ⊕ | 803,373 | PIMCO Real Return Asset Instl | 6.95 |
| ⊖ | 598,574 | PIMCO StocksPLUS® Intl (USD-Hedged) | 5.09 |
| ⊕ | 1 mil | PIMCO Real Estate Real Return Stra | 4.65 |
| ✳ | 1,850 | Fin Fut Emini S&P500 Cme 09/18/15 | 4.07 |
| ✳ | 383,034 | PIMCO StocksPLUS® Absolute Return | 3.98 |
| ⊖ | 356,911 | PIMCO StocksPLUS® Instl | 3.64 |
| ✳ | 521,198 | PIMCO StocksPLUS® Intl (Unhedged) | 3.58 |
| | 76,545 | Vanguard FTSE Emerging Markets ETF | 3.35 |
| ⊖ | 218,564 | PIMCO Emerging Markets Bond Instl | 2.39 |
| ⊕ | 217,492 | PIMCO TRENDS Managed Futures Strat | 2.38 |
| ⊖ | 242,703 | PIMCO High Yield Instl | 2.36 |

### Sector Weightings
| | Stocks % | Rel Std Index |
|---|---|---|
| ⤴ **Cyclical** | — | — |
| Basic Materials | — | — |
| Consumer Cyclical | — | — |
| Financial Services | — | — |
| Real Estate | — | — |
| **Sensitive** | — | — |
| Communication Services | — | — |
| Energy | — | — |
| Industrials | — | — |
| Technology | — | — |
| → **Defensive** | — | — |
| Consumer Defensive | — | — |
| Healthcare | — | — |
| Utilities | — | — |

©2015 Morningstar. All Rights Reserved. The information, data, analyses and opinions contained herein (1) include the confidential and proprietary information of Morningstar, (2) may be included, or derived from, account information provided by your financial advisor which cannot be verified by Morningstar, (3) may not be copied or redistributed, (4) do not constitute investment advice offered by Morningstar, (5) are provided solely for informational purposes and therefore are not an offer to buy or sell a security, and (6) are not warranted to be correct, complete or accurate. Except as otherwise required by law, Morningstar shall not be responsible for any trading decisions, damages or other losses resulting from, or related to, this information, data, analyses or opinions or their use. This report is supplemental sales literature. If applicable it must be preceded or accompanied by a prospectus, or equivalent, and disclosure statement.



# Benchmark Disclosure

**Barclays US Agg Bond TR USD**
This index is composed of the BarCap Government/Credit Index, the Mortgage-Backed Securities Index, and the Asset-Backed Securities Index. The returns we publish for the index are total returns, which includes the daily reinvestment of dividends. The constituents displayed for this index are from the following proxy: iShares Core US Aggregate Bond.

**Morningstar Con Tgt Risk TR USD**
The Morningstar Conservative Target Risk Index represents a portfolio of global equities, bonds and traditional inflation hedges such as commodities and TIPS. This portfolio is held in a static allocation appropriate for U.S. investors who seek below-average exposure to equity market risk and returns.

**Morningstar Gbl Allocation TR USD**
Description unavailable.

**Morningstar Lifetime Mod 2010 TR USD**
The Morningstar Lifetime Moderate 2010 Index represents a portfolio of global equities, bonds and traditional inflation hedges such as commodities and TIPS. This portfolio is held in proportions appropriate for a U.S. investor who is near retirement. The Moderate risk profile is for investors who are comfortable with average exposure to equity market volatility.

**Morningstar Lifetime Mod 2015 TR USD**
The Morningstar Lifetime Moderate 2015 Index represents a portfolio of global equities, bonds and traditional inflation hedges such as commodities and TIPS. This portfolio is held in proportions appropriate for a U.S. investor who is about five years away from retirement. The Moderate risk profile is for investors who are comfortable with average exposure to equity market volatility.

**Morningstar Lifetime Mod 2020 TR USD**
The Morningstar Lifetime Moderate 2020 Index represents a portfolio of global equities, bonds and traditional inflation hedges such as commodities and TIPS. This portfolio is held in proportions appropriate for a U.S. investor who is about ten years away from retirement. The Moderate risk profile is for investors who are comfortable with average exposure to equity market volatility.

**Morningstar Lifetime Mod 2030 TR USD**
The Morningstar Lifetime Moderate 2030 Index represents a portfolio of global equities, bonds and traditional inflation hedges such as commodities and TIPS. This portfolio is held in proportions appropriate for a U.S. investor who is about 20 years away from retirement. The Moderate risk profile is for investors who are comfortable with average exposure to equity market volatility.

**Morningstar Lifetime Mod 2040 TR USD**
The Morningstar Lifetime Moderate 2040 Index represents a portfolio of global equities, bonds and traditional inflation hedges such as commodities and TIPS. This portfolio is held in proportions appropriate for a U.S. investor who is about 30 years away from retirement. The Moderate risk profile is for investors who are comfortable with average exposure to equity market volatility.

**Morningstar Lifetime Mod 2050 TR USD**
The Morningstar Lifetime Moderate 2050 Index represents a portfolio of global equities, bonds and traditional inflation hedges such as commodities and TIPS. This portfolio is held in proportions appropriate for a U.S. investor who is about 40 years away from retirement. The Moderate risk profile is for investors who are comfortable with average exposure to equity market volatility.

**Morningstar Lifetime Mod Incm TR USD**
The Morningstar Lifetime Moderate Income Index represents a portfolio of global equities, bonds and traditional inflation hedges such as commodities and TIPS. This portfolio is held in proportions appropriate for a U.S. investor who is at least ten years into retirement. The Moderate risk profile is for investors who are comfortable with average exposure to equity market volatility.

**Morningstar Mod Tgt Risk TR USD**
The Morningstar Moderate Target Risk Index represents a portfolio of global equities, bonds and traditional inflation hedges such as commodities and TIPS. This portfolio is held in a static allocation appropriate for U.S. investors who seek average exposure to equity market risk and returns.

**MSCI EAFE NR USD**
This Europe, Australasia, and Far East index is a market-capitalization-weighted index of 21 non-U.S., industrialized country indexes.

This disclosure applies to all MSCI indices: Certain information included herein is derived by Morningstar in part from MSCI's Index Constituents (the "Index Data"). However, MSCI has not reviewed any information contained herein and does not endorse or express any opinion such information or analysis. MSCI does not make any express or implied warranties, representations or guarantees concerning the Index Data or any information or data derived therefrom, and in no event will MSCI have any liability for any direct, indirect, special, punitive, consequential or any other damages (including lost profits) relating to any use of this information.

**S&P 500 TR USD**
A market capitalization-weighted index composed of the 500 most widely held stocks whose assets and/or revenues are based in the US; it's often used as a proxy for the stock market. TR (Total Return) indexes include daily reinvestment of dividends. The constituents displayed for this index are from the following proxy: iShares Core S&P 500.

**USTREAS T-Bill Auction Ave 3 Mon**
Three-month T-bills are government-backed, short-term investments considered to be risk-free and as good as cash because the maturity is only three months. Morningstar collects yields on the T-bill on a weekly basis from the Wall Street Journal.

©2015 Morningstar. All Rights Reserved. The information, data, analyses and opinions contained herein (1) include the confidential and proprietary information of Morningstar, (2) may include, or be derived from, account information provided by your financial advisor which cannot be verified by Morningstar, (3) may not be copied or redistributed, (4) do not constitute investment advice offered by Morningstar, (5) are provided solely for informational purposes and therefore are not an offer to buy or sell a security, and (6) are not warranted to be correct, complete or accurate. Except as otherwise required by law, Morningstar shall not be responsible for any trading decisions, damages or other losses resulting from, or related to, this information, data, analyses or opinions or their use. This report is supplemental sales literature. If applicable it must be preceded or accompanied by a prospectus, or equivalent, and disclosure statement.

