# Exhibit E

Release date 08-31-2015

# AllianzGI Retirement 2015 R6 (USD)

| | | | | | |
|---|---|---|---|---|---|
| **Overall Morningstar Rating™** | **Standard Index** | **Category Index** | **Morningstar Cat** | | |
| ★★ | Morningstar Mod | Morningstar | US OE Target Date | | |
| 124 US OE Target Date 2011-2015 | Tgt Risk TR USD | Lifetime Mod 2015 TR USD | 2011-2015 | | |

## Performance 08-31-2015

| Quarterly Returns | 1st Qtr | 2nd Qtr | 3rd Qtr | 4th Qtr | Total % |
|---|---|---|---|---|---|
| 2013 | 2.45 | -3.62 | 2.54 | 2.31 | 3.59 |
| 2014 | 1.60 | 3.04 | -1.53 | -0.59 | 2.48 |
| 2015 | 1.68 | -0.88 | — | — | -1.28 |

| Trailing Returns | 1 Yr | 3 Yr | 5 Yr | 10 Yr | Incept |
|---|---|---|---|---|---|
| Load-adj Mthly | -3.69 | 2.49 | 4.71 | — | 7.55 |
| Std 06-30-2015 | -1.34 | — | 5.79 | — | 8.10 |
| Total Return | -3.69 | 2.49 | 4.71 | — | 7.55 |
| +/- Std Index | -0.03 | -4.09 | -3.52 | — | — |
| +/- Cat Index | -0.84 | -2.97 | -3.27 | — | — |
| % Rank Cat | 88 | 92 | 88 | — | |
| No. in Cat | 166 | 124 | 112 | — | |

| | Subsidized | Unsubsidized |
|---|---|---|
| 7-day Yield | — | — |
| 30-day SEC Yield | 2.45 [1] | 2.39 |

1. Contractual waiver; Expires 03-31-2016

### Performance Disclosure

*The Overall Morningstar Rating is based on risk-adjusted returns, derived from a weighted average of the three-, five-, and 10-year (if applicable) Morningstar metrics.*

*The performance data quoted represents past performance and does not guarantee future results. The investment return and principal value of an investment will fluctuate; thus an investor's shares, when sold or redeemed, may be worth more or less than their original cost.*

*Current performance may be lower or higher than return data quoted herein. For performance data current to the most recent month-end, please call 800-498-5413 or visit www.allianzinvestors.com.*

## Fees and Expenses

**Sales Charges**
| | |
|---|---|
| Front-End Load % | NA |
| Deferred Load % | NA |

**Fund Expenses**
| | |
|---|---|
| Management Fees % | 0.05 |
| 12b1 Expense % | NA |
| **Gross Expense Ratio %** | **0.66** |

## Risk and Return Profile

| | 3 Yr | 5 Yr | 10 Yr |
|---|---|---|---|
| | 124 funds | 112 funds | 23 funds |
| Morningstar Rating™ | 1★ | 2★ | — |
| Morningstar Risk | -Avg | -Avg | — |
| Morningstar Return | Low | -Avg | — |

| | 3 Yr | 5 Yr | 10 Yr |
|---|---|---|---|
| Standard Deviation | 4.42 | 5.69 | — |
| Mean | 2.49 | 4.71 | — |
| Sharpe Ratio | 0.57 | 0.83 | — |

| MPT Statistics | Standard Index | Best Fit Index |
|---|---|---|
| | | Morningstar Lifetime Mod Incm TR USD |
| Alpha | -1.90 | -1.37 |
| Beta | 0.68 | 1.08 |
| R-Squared | 82.51 | 91.73 |
| 12-Month Yield | | 3.23% |
| Potential Cap Gains Exp | | -3.51% |

## Operations

| | |
|---|---|
| Family: | Allianz Funds |
| Manager: | Multiple |
| Tenure: | 6.8 Years |
| Objective: | Income |
| Base Currency: | USD |
| Ticker: | AZGIX |
| Minimum Initial Purchase: | $0 |
| Min Auto Investment Plan: | $0 |
| Purchase Constraints: | A |
| Incept: | 12-29-2008 |
| Type: | MF |
| Total Assets: | $30.70 mil |

## Growth of $10,000

- AllianzGI Retirement 2015 R6  16,197
- Category Average  17,170
- Standard Index  18,072

### Investment Style
Fixed-Income
Bond %

| | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 08-15 | History |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Investment Style | | | | | 23 | 73 | 55 | 56 | 65 | 60 | 59 | 57 | |
| NAV/Price | — | — | — | — | 15.05 | 17.62 | 18.58 | 17.88 | 19.17 | 19.41 | 19.06 | 18.81 | NAV/Price |
| Total Return % | — | — | — | — | — | 22.50 | 11.48 | 2.48 | 10.43 | 3.59 | 2.48 | -1.28 | Total Return % |
| +/- Standard Index | — | — | — | — | — | 0.73 | -0.86 | 1.89 | -1.61 | -10.72 | -2.41 | 0.95 | +/- Standard Index |
| +/- Category Index | — | — | — | — | — | 1.28 | -1.42 | -0.42 | -1.06 | -6.91 | -3.07 | 0.45 | +/- Category Index |
| % Rank Cat | — | — | — | — | — | 67 | 51 | 7 | 58 | 88 | 94 | — | % Rank Cat |
| No. of Funds in Cat | — | — | — | — | — | 153 | 149 | 157 | 154 | 178 | 182 | 180 | No. of Funds in Cat |

## Portfolio Analysis 07-31-2015

| Asset Allocation % | Net % | Long % | Short % |
|---|---|---|---|
| Cash | 10.87 | 27.08 | 16.20 |
| US Stocks | 18.81 | 18.81 | 0.00 |
| Non-US Stocks | 11.81 | 11.82 | 0.01 |
| Bonds | 55.34 | 79.87 | 24.54 |
| Other/Not Clsfd | 3.17 | 3.60 | 0.43 |
| Total | 100.00 | 141.18 | 41.18 |

| Portfolio Statistics | Port Avg | Rel Index | Rel Cat |
|---|---|---|---|
| P/E Ratio TTM | 15.8 | 0.91 | 0.85 |
| P/C Ratio TTM | 8.7 | 0.91 | 0.82 |
| P/B Ratio TTM | 1.9 | 0.95 | 0.81 |
| Geo Avg Mkt Cap $mil | 18797 | 0.80 | 0.51 |

### Fixed-Income Style
| | |
|---|---|
| Avg Eff Maturity | — |
| Avg Eff Duration | — |
| Avg Wtd Coupon | 3.49 |
| Avg Wtd Price | — |

| Credit Quality Breakdown — | Bond % |
|---|---|
| AAA | — |
| AA | — |
| A | — |
| BBB | — |
| BB | — |
| B | — |
| Below B | — |
| NR | — |

| Regional Exposure | Stock % | Rel Std Index |
|---|---|---|
| Americas | 66.9 | 0.92 |
| Greater Europe | 18.7 | 1.25 |
| Greater Asia | 14.4 | 1.15 |

| Share Chg since 06-2015 | Share Amount | Holdings: 1,179 Total Stocks, 8,361 Total Fixed-Income, 114% Turnover Ratio | % Net Assets |
|---|---|---|---|
| ⊕ | 242,628 | AllianzGI Best Styles US Equity R6 | 12.92 |
| ⊖ | 279,845 | PIMCO Income Instl | 11.94 |
| ⊖ | 59,071 | PIMCO Broad US TIPS ETF | 11.59 |
| ⊕ | 247,021 | PIMCO Mortgage Opportunities Instl | 9.49 |
| ⊕ | 167,850 | AllianzGI Short Duration High Inc | 8.97 |
| ⊕ | 20,544 | PIMCO 15+ Year US TIPS ETF | 4.57 |
| ⊕ | 105,869 | PIMCO Long-Term Credit Institution | 4.55 |
| ⊖ | 113,751 | Harvest Funds Intermediate Bond In | 3.98 |
| ⊖ | 68,451 | AllianzGI Best Styles Intl Eq R6 | 3.65 |
| ⊕ | 36,441 | AllianzGI NFJ Mid-Cap Value Instl | 3.45 |
| ✻ | 93,997 | PIMCO Short-Term Instl | 3.18 |
| ⊕ | 68,038 | PIMCO Foreign Bond (USD-Hedged) I | 2.51 |
| ✻ | 6,585 | iShares Core US Aggregate Bond | 2.49 |
| ⊖ | 38,630 | AllianzGI Global Natural Resources | 2.09 |
| ⊕ | 29,112 | Voya Global Real Estate I | 2.01 |

| Sector Weightings | Stocks % | Rel Std Index |
|---|---|---|
| ⤴ Cyclical | 42.6 | 1.06 |
| Basic Materials | 5.6 | 1.12 |
| Consumer Cyclical | 11.1 | 0.92 |
| Financial Services | 17.5 | 0.97 |
| Real Estate | 8.4 | 1.73 |
| ⬢ Sensitive | 33.8 | 0.96 |
| Communication Services | 3.8 | 1.04 |
| Energy | 8.0 | 1.27 |
| Industrials | 10.3 | 0.86 |
| Technology | 11.9 | 0.89 |
| → Defensive | 23.6 | 0.95 |
| Consumer Defensive | 7.6 | 0.87 |
| Healthcare | 11.9 | 0.99 |
| Utilities | 4.1 | 1.02 |

©2015 Morningstar. All Rights Reserved. The information, data, analyses and opinions contained herein (1) include the confidential and proprietary information of Morningstar, (2) may be, or be derived from, account information provided by your financial advisor which cannot be verified by Morningstar, (3) may not be copied or redistributed, (4) do not constitute investment advice offered by Morningstar, (5) are provided solely for informational purposes and therefore are not an offer to buy or sell a security, and (6) are not warranted to be correct, complete or accurate. Except as otherwise required by law, Morningstar shall not be responsible for any trading decisions, damages or other losses resulting from, or related to, this information, data, analyses or opinions or their use. This report is supplemental sales literature. If applicable it must be preceded or accompanied by a prospectus, or equivalent, and disclosure statement.

MORNINGSTAR®

Release date 08-31-2015

# AllianzGI Retirement 2020 R6 (USD)

| | | | Overall Morningstar Rating™ | Standard Index | Category Index | Morningstar Cat |
|---|---|---|---|---|---|---|
| | | | ★ | Morningstar Mod | Morningstar | US OE Target Date |
| | | | 198 US OE Target Date 2016- | Tgt Risk TR USD | Lifetime Mod 2020 | 2016-2020 |
| | | | 2020 | | TR USD | |

## Performance 08-31-2015

| Quarterly Returns | 1st Qtr | 2nd Qtr | 3rd Qtr | 4th Qtr | Total % |
|---|---|---|---|---|---|
| 2013 | 2.81 | -3.87 | 2.80 | 2.66 | 4.31 |
| 2014 | 1.66 | 3.17 | -1.68 | -0.93 | 2.16 |
| 2015 | 1.53 | -0.78 | — | — | -1.62 |

| Trailing Returns | 1 Yr | 3 Yr | 5 Yr | 10 Yr | Incept |
|---|---|---|---|---|---|
| Load-adj Mthly | -4.50 | 2.54 | 4.83 | — | 7.71 |
| Std 06-30-2015 | -1.88 | — | 5.99 | — | 8.31 |
| Total Return | -4.50 | 2.54 | 4.83 | — | 7.71 |
| +/- Std Index | -0.84 | -4.04 | -3.40 | — | — |
| +/- Cat Index | -1.35 | -3.88 | -4.01 | — | — |
| % Rank Cat | 87 | 87 | 88 | — | |
| No. in Cat | 238 | 198 | 171 | — | |

| | Subsidized | Unsubsidized |
|---|---|---|
| 7-day Yield | — | — |
| 30-day SEC Yield | 2.38 [1] | 2.32 |

1. Contractual waiver; Expires 03-31-2016

### Performance Disclosure
*The Overall Morningstar Rating is based on risk-adjusted returns, derived from a weighted average of the three-, five-, and 10-year (if applicable) Morningstar metrics.*

*The performance data quoted represents past performance and does not guarantee future results. The investment return and principal value of an investment will fluctuate; thus an investor's shares, when sold or redeemed, may be worth more or less than their original cost.*

*Current performance may be lower or higher than return data quoted herein. For performance data current to the most recent month-end, please call 800-498-5413 or visit www.allianzinvestors.com.*

## Fees and Expenses

### Sales Charges
| | |
|---|---|
| Front-End Load % | NA |
| Deferred Load % | NA |

### Fund Expenses
| | |
|---|---|
| Management Fees % | 0.05 |
| 12b1 Expense % | NA |
| **Gross Expense Ratio %** | **0.67** |

## Risk and Return Profile

| | 3 Yr 198 funds | 5 Yr 171 funds | 10 Yr 60 funds |
|---|---|---|---|
| Morningstar Rating™ | 1★ | 1★ | — |
| Morningstar Risk | -Avg | -Avg | — |
| Morningstar Return | Low | Low | — |

| | 3 Yr | 5 Yr | 10 Yr |
|---|---|---|---|
| Standard Deviation | 4.73 | 6.33 | — |
| Mean | 2.54 | 4.83 | — |
| Sharpe Ratio | 0.54 | 0.77 | — |

| MPT Statistics | Standard Index | Best Fit Index Morningstar Lifetime Mod Incm TR USD |
|---|---|---|
| Alpha | -2.21 | -1.59 |
| Beta | 0.73 | 1.16 |
| R-Squared | 84.50 | 92.02 |
| 12-Month Yield | | 3.29% |
| Potential Cap Gains Exp | | -4.32% |

## Operations

| | |
|---|---|
| Family: | Allianz Funds |
| Manager: | Multiple |
| Tenure: | 6.8 Years |
| Objective: | Growth and Income |
| Base Currency: | USD |
| Ticker: | AGNIX |
| Minimum Initial Purchase: | $0 |
| Min Auto Investment Plan: | $0 |
| Purchase Constraints: | A |
| Incept: | 12-29-2008 |
| Type: | MF |
| Total Assets: | $66.53 mil |

### Investment Style
Fixed-Income
Bond %

### Growth of $10,000
- AllianzGI Retirement 2020 R6: 16,347
- Category Average: 17,835
- Standard Index: 18,072

| | 52 | 71 | 52 | 53 | 62 | 57 | 57 | 55 | |
|---|---|---|---|---|---|---|---|---|---|

| 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 08-15 | History |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| — | — | — | — | 15.06 | 17.81 | 18.72 | 17.49 | 18.87 | 19.26 | 19.00 | 18.67 | NAV/Price |
| — | — | — | — | — | 24.05 | 11.70 | 1.43 | 10.96 | 4.31 | 2.16 | -1.62 | Total Return % |
| — | — | — | — | — | 2.27 | -0.64 | 0.83 | -1.09 | -10.00 | -2.73 | 0.62 | +/- Standard Index |
| — | — | — | — | — | -0.08 | -2.32 | -0.32 | -1.57 | -8.67 | -3.71 | 0.36 | +/- Category Index |
| — | — | — | — | — | 61 | 64 | 12 | 67 | 88 | 96 | — | % Rank Cat |
| — | — | — | — | — | 212 | 203 | 205 | 208 | 222 | 228 | 256 | No. of Funds in Cat |

## Portfolio Analysis 07-31-2015

| Asset Allocation % | Net % | Long % | Short % |
|---|---|---|---|
| Cash | 9.64 | 25.06 | 15.42 |
| US Stocks | 20.88 | 20.88 | 0.00 |
| Non-US Stocks | 13.55 | 13.56 | 0.01 |
| Bonds | 52.91 | 76.19 | 23.28 |
| Other/Not Clsfd | 3.02 | 3.45 | 0.43 |
| Total | 100.00 | 139.14 | 39.14 |

| Equity Style | Portfolio Statistics | Port Avg | Rel Index | Rel Cat |
|---|---|---|---|---|
| Value Blend Growth | P/E Ratio TTM | 15.8 | 0.91 | 0.88 |
| | P/C Ratio TTM | 8.7 | 0.91 | 0.82 |
| | P/B Ratio TTM | 1.9 | 0.94 | 0.85 |
| | Geo Avg Mkt Cap $mil | 17845 | 0.76 | 0.47 |

| Fixed-Income Style | | |
|---|---|---|
| Avg Eff Maturity | — | |
| Avg Eff Duration | — | |
| Avg Wtd Coupon | 3.48 | |
| Avg Wtd Price | — | |

| Credit Quality Breakdown — | Bond % |
|---|---|
| AAA | — |
| AA | — |
| A | — |
| BBB | — |
| BB | — |
| B | — |
| Below B | — |
| NR | — |

| Regional Exposure | Stock % | Rel Std Index |
|---|---|---|
| Americas | 65.9 | 0.91 |
| Greater Europe | 19.4 | 1.30 |
| Greater Asia | 14.7 | 1.17 |

| Share Chg since 06-2015 | Share Amount | Holdings: 1,253 Total Stocks, 8,334 Total Fixed-Income, 89% Turnover Ratio | % Net Assets |
|---|---|---|---|
| ⊕ | 551,209 | AllianzGI Best Styles US Equity R6 | 12.91 |
| ⊖ | 636,764 | PIMCO Income Instl | 11.95 |
| ⊖ | 127,514 | PIMCO Broad US TIPS ETF | 11.01 |
| ⊖ | 562,314 | PIMCO Mortgage Opportunities Instl | 9.50 |
| ⊕ | 382,097 | AllianzGI Short Duration High Inc | 8.98 |
| ⊖ | 201,700 | AllianzGI Best Styles Intl Eq R6 | 4.73 |
| ⊕ | 240,874 | PIMCO Long-Term Credit Institution | 4.56 |
| ⊖ | 41,569 | PIMCO 15+ Year US TIPS ETF | 4.06 |
| ⊕ | 95,607 | AllianzGI NFJ Mid-Cap Value Instl | 3.99 |
| ※ | 200,517 | PIMCO Short-Term Instl | 2.98 |
| ⊕ | 181,648 | Harvest Funds Intermediate Bond In | 2.80 |
| ※ | 14,959 | iShares Core US Aggregate Bond | 2.48 |
| ⊕ | 93,421 | AllianzGI US Small-Cap Growth Instl | 2.48 |
| | 114,403 | AllianzGI Emerging Markets Cnsmer | 2.37 |
| ⊕ | 98,044 | AllianzGI Global Natural Resources | 2.33 |

| Sector Weightings | Stocks % | Rel Std Index |
|---|---|---|
| ↻ Cyclical | 42.6 | 1.06 |
|   Basic Materials | 5.7 | 1.14 |
|   Consumer Cyclical | 11.0 | 0.91 |
|   Financial Services | 17.9 | 0.99 |
|   Real Estate | 8.0 | 1.65 |
| ⌁ Sensitive | 33.4 | 0.95 |
|   Communication Services | 3.9 | 1.08 |
|   Energy | 7.9 | 1.27 |
|   Industrials | 10.2 | 0.86 |
|   Technology | 11.4 | 0.85 |
| → Defensive | 24.0 | 0.97 |
|   Consumer Defensive | 7.9 | 0.91 |
|   Healthcare | 11.9 | 0.98 |
|   Utilities | 4.3 | 1.07 |

©2015 Morningstar. All Rights Reserved. The information, data, analyses and opinions contained herein (1) include the confidential and proprietary information of Morningstar, (2) may be, or be derived from, account information provided by your financial advisor which cannot be verified by Morningstar, (3) may not be copied or redistributed, (4) do not constitute investment advice offered by Morningstar, (5) are provided solely for informational purposes and therefore are not an offer to buy or sell a security, and (6) are not warranted to be correct, complete or accurate. Except as otherwise required by law, Morningstar shall not be responsible for any trading decisions, damages or other losses resulting from, or related to, this information, data, analyses or opinions or their use. This report is supplemental sales literature. If applicable it must be preceded or accompanied by a prospectus, or equivalent, and disclosure statement.

MORNINGSTAR®

Release date 08-31-2015

# AllianzGI Retirement 2030 R6 (USD)

| Overall Morningstar Rating™ | Standard Index | Category Index | Morningstar Cat |
|---|---|---|---|
| ★<br>198 US OE Target Date 2026-2030 | Morningstar Mod Tgt Risk TR USD | Morningstar Lifetime Mod 2030 TR USD | US OE Target Date 2026-2030 |

### Performance 08-31-2015

| Quarterly Returns | 1st Qtr | 2nd Qtr | 3rd Qtr | 4th Qtr | Total % |
|---|---|---|---|---|---|
| 2013 | 3.83 | -3.39 | 3.72 | 3.83 | 8.03 |
| 2014 | 1.69 | 3.47 | -2.12 | -1.21 | 1.76 |
| 2015 | 2.05 | -0.78 | — | — | -1.98 |

| Trailing Returns | 1 Yr | 3 Yr | 5 Yr | 10 Yr | Incept |
|---|---|---|---|---|---|
| Load-adj Mthly | -5.43 | 3.58 | 5.98 | — | 9.06 |
| Std 06-30-2015 | -2.09 | — | 7.40 | — | 9.85 |
| Total Return | -5.43 | 3.58 | 5.98 | — | 9.06 |
| +/- Std Index | -1.77 | -3.01 | -2.25 | — | — |
| +/- Cat Index | -1.31 | -5.11 | -4.62 | — | — |
| % Rank Cat | 85 | 87 | 87 | — | |
| No. in Cat | 238 | 198 | 171 | — | |

|  | Subsidized | Unsubsidized |
|---|---|---|
| 7-day Yield | — | — |
| 30-day SEC Yield | 2.08 [1] | 2.07 |

1. Contractual waiver; Expires 03-31-2016

**Performance Disclosure**
*The Overall Morningstar Rating is based on risk-adjusted returns, derived from a weighted average of the three-, five-, and 10-year (if applicable) Morningstar metrics.*

*The performance data quoted represents past performance and does not guarantee future results. The investment return and principal value of an investment will fluctuate; thus an investor's shares, when sold or redeemed, may be worth more or less than their original cost.*

*Current performance may be lower or higher than return data quoted herein. For performance data current to the most recent month-end, please call 800-498-5413 or visit www.allianzinvestors.com.*

### Fees and Expenses

**Sales Charges**
| | |
|---|---|
| Front-End Load % | NA |
| Deferred Load % | NA |

**Fund Expenses**
| | |
|---|---|
| Management Fees % | 0.05 |
| 12b1 Expense % | NA |
| Gross Expense Ratio % | 0.74 |

### Risk and Return Profile

| | 3 Yr<br>198 funds | 5 Yr<br>171 funds | 10 Yr<br>60 funds |
|---|---|---|---|
| Morningstar Rating™ | 1★ | 1★ | — |
| Morningstar Risk | Low | -Avg | — |
| Morningstar Return | Low | Low | — |

| | 3 Yr | 5 Yr | 10 Yr |
|---|---|---|---|
| Standard Deviation | 5.63 | 8.28 | — |
| Mean | 3.58 | 5.98 | — |
| Sharpe Ratio | 0.64 | 0.74 | — |

| MPT Statistics | Standard Index | Best Fit Index<br>Morningstar Gbl Allocation TR USD |
|---|---|---|
| Alpha | -2.34 | -1.62 |
| Beta | 0.92 | 0.84 |
| R-Squared | 92.63 | 94.63 |
| 12-Month Yield | | 3.82% |
| Potential Cap Gains Exp | | -4.23% |

### Operations

| | |
|---|---|
| Family: | Allianz Funds |
| Manager: | Multiple |
| Tenure: | 6.8 Years |
| Objective: | Growth and Income |
| Base Currency: | USD |
| Ticker: | ABLIX |
| Minimum Initial Purchase: | $0 |
| Min Auto Investment Plan: | $0 |
| Purchase Constraints: | A |
| Incept: | 12-29-2008 |
| Type: | MF |
| Total Assets: | $67.82 mil |

---

**Investment Style**
Fixed-Income
Bond %

20 | 61 | 40 | 44 | 53 | 44 | 49 | 43

**Growth of $10,000**
- AllianzGI Retirement 2030 R6: 17,686
- Category Average: 19,347
- Standard Index: 18,072

**Performance Quartile** (within category)

| History | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 08-15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NAV/Price | — | — | — | — | 15.12 | 19.07 | 20.25 | 18.09 | 19.60 | 20.66 | 20.03 | 19.60 |
| Total Return % | — | — | — | — | — | 30.59 | 13.83 | -1.44 | 12.04 | 8.03 | 1.76 | -1.98 |
| +/- Standard Index | — | — | — | — | — | 8.81 | 1.50 | -2.03 | 0.00 | -6.28 | -3.13 | 0.25 |
| +/- Category Index | — | — | — | — | — | 0.97 | -2.21 | -0.22 | -2.64 | -11.61 | -4.25 | 0.66 |
| % Rank Cat | — | — | — | — | — | 31 | 44 | 25 | 80 | 88 | 96 | — |
| No. of Funds in Cat | — | — | — | — | — | 200 | 200 | 205 | 208 | 222 | 228 | 256 |

### Portfolio Analysis 07-31-2015

| Asset Allocation % | Net % | Long % | Short % |
|---|---|---|---|
| Cash | 9.68 | 24.52 | 14.84 |
| US Stocks | 28.26 | 28.79 | 0.53 |
| Non-US Stocks | 19.12 | 19.33 | 0.21 |
| Bonds | 40.33 | 58.07 | 17.74 |
| Other/Not Clsfd | 2.61 | 3.01 | 0.40 |
| Total | 100.00 | 133.71 | 33.71 |

**Equity Style**: Value Blend Growth / Large Mid Small

| Portfolio Statistics | Port Avg | Rel Index | Rel Cat |
|---|---|---|---|
| P/E Ratio TTM | 16.2 | 0.93 | 0.91 |
| P/C Ratio TTM | 9.0 | 0.93 | 0.85 |
| P/B Ratio TTM | 1.9 | 0.94 | 0.86 |
| Geo Avg Mkt Cap $mil | 14542 | 0.62 | 0.40 |

**Fixed-Income Style**: Ltd Mod Ext / High Med Low

| | |
|---|---|
| Avg Eff Maturity | — |
| Avg Eff Duration | — |
| Avg Wtd Coupon | 3.59 |
| Avg Wtd Price | — |

| Credit Quality Breakdown — | Bond % |
|---|---|
| AAA | — |
| AA | — |
| A | — |
| BBB | — |
| BB | — |
| B | — |
| Below B | — |
| NR | — |

| Regional Exposure | Stock % | Rel Std Index |
|---|---|---|
| Americas | 64.4 | 0.89 |
| Greater Europe | 20.3 | 1.36 |
| Greater Asia | 15.3 | 1.22 |

| Share Chg since 06-2015 | Share Amount | Holdings:<br>1,736 Total Stocks, 8,135 Total Fixed-Income, 93% Turnover Ratio | % Net Assets |
|---|---|---|---|
| ⊕ | 691,134 | AllianzGI Best Styles US Equity R6 | 15.19 |
| ⊕ | 504,850 | PIMCO Income Instl | 8.89 |
| ⊕ | 354,158 | AllianzGI Best Styles Intl Eq R6 | 7.79 |
| ⊕ | 469,041 | PIMCO Mortgage Opportunities Instl | 7.44 |
| ⊕ | 334,504 | AllianzGI Short Duration High Inc | 7.38 |
| ⊖ | 55,166 | PIMCO Broad US TIPS ETF | 4.47 |
| ⊖ | 113,636 | AllianzGI NFJ Mid-Cap Value Instl | 4.45 |
| ⊕ | 43,959 | PIMCO 15+ Year US TIPS ETF | 4.03 |
| ⊕ | 204,611 | PIMCO Long-Term Credit Institution | 3.63 |
| ⊕ | 136,258 | AllianzGI US Small-Cap Growth Instl | 3.40 |
| | 168,772 | PIMCO EqS® Long/Short Institutional | 2.98 |
| | 148,972 | AllianzGI Emerging Markets Cnsmer | 2.89 |
| | 126,001 | AllianzGI Global Natural Resources | 2.81 |
| ⊖ | 172,871 | PIMCO TRENDS Managed Futures Strat | 2.50 |
| ⊕ | 169,257 | Harvest Funds Intermediate Bond In | 2.45 |

| Sector Weightings | Stocks % | Rel Std Index |
|---|---|---|
| ⤴ Cyclical | 41.6 | 1.04 |
|   Basic Materials | 5.3 | 1.05 |
|   Consumer Cyclical | 12.6 | 1.04 |
|   Financial Services | 17.4 | 0.96 |
|   Real Estate | 6.3 | 1.30 |
| ⤵ Sensitive | 33.3 | 0.95 |
|   Communication Services | 3.8 | 1.03 |
|   Energy | 7.3 | 1.16 |
|   Industrials | 10.9 | 0.92 |
|   Technology | 11.3 | 0.85 |
| → Defensive | 25.1 | 1.01 |
|   Consumer Defensive | 7.6 | 0.87 |
|   Healthcare | 13.6 | 1.13 |
|   Utilities | 3.9 | 0.98 |

©2015 Morningstar. All Rights Reserved. The information, data, analyses and opinions contained herein (1) include the confidential and proprietary information of Morningstar, (2) may be, or be derived from, account information provided by your financial advisor which cannot be verified by Morningstar, (3) may not be copied or redistributed, (4) do not constitute investment advice offered by Morningstar, (5) are provided solely for informational purposes and therefore are not an offer to buy or sell a security, and (6) are not warranted to be correct, complete or accurate. Except as otherwise required by law, Morningstar shall not be responsible for any trading decisions, damages or other losses resulting from, or related to, this information, data, analyses or opinions or their use. This report is supplemental sales literature. If applicable it must be preceded or accompanied by a prospectus, or equivalent, and disclosure statement.

MORNINGSTAR®

Release date 08-31-2015

# AllianzGI Retirement 2040 R6 (USD)

| Overall Morningstar Rating™ | Standard Index | Category Index | Morningstar Cat |
|---|---|---|---|
| ★ | Morningstar Mod | Morningstar | US OE Target Date |
| 197 US OE Target Date 2036-2040 | Tgt Risk TR USD | Lifetime Mod 2040 TR USD | 2036-2040 |

## Performance 08-31-2015

| Quarterly Returns | 1st Qtr | 2nd Qtr | 3rd Qtr | 4th Qtr | Total % |
|---|---|---|---|---|---|
| 2013 | 5.28 | -2.68 | 4.71 | 4.97 | 12.62 |
| 2014 | 1.73 | 3.86 | -2.77 | -1.10 | 1.59 |
| 2015 | 2.46 | -0.43 | — | — | -2.21 |

| Trailing Returns | 1 Yr | 3 Yr | 5 Yr | 10 Yr | Incept |
|---|---|---|---|---|---|
| Load-adj Mthly | -6.06 | 5.00 | 7.27 | — | 10.32 |
| Std 06-30-2015 | -1.90 | — | 8.98 | — | 11.33 |
| Total Return | -6.06 | 5.00 | 7.27 | — | 10.32 |
| +/- Std Index | -2.40 | -1.58 | -0.96 | — | — |
| +/- Cat Index | -0.87 | -4.58 | -3.83 | — | — |
| % Rank Cat | 87 | 87 | 85 | — | |
| No. in Cat | 237 | 197 | 170 | — | |

| | Subsidized | Unsubsidized |
|---|---|---|
| 7-day Yield | — | — |
| 30-day SEC Yield | 1.76 [1] | 1.78 |

1. Contractual waiver; Expires 03-31-2016

### Performance Disclosure
*The Overall Morningstar Rating is based on risk-adjusted returns, derived from a weighted average of the three-, five-, and 10-year (if applicable) Morningstar metrics.*

*The performance data quoted represents past performance and does not guarantee future results. The investment return and principal value of an investment will fluctuate; thus an investor's shares, when sold or redeemed, may be worth more or less than their original cost.*

*Current performance may be lower or higher than return data quoted herein. For performance data current to the most recent month-end, please call 800-498-5413 or visit www.allianzinvestors.com.*

## Fees and Expenses

**Sales Charges**
| | |
|---|---|
| Front-End Load % | NA |
| Deferred Load % | NA |

**Fund Expenses**
| | |
|---|---|
| Management Fees % | 0.05 |
| 12b1 Expense % | NA |
| **Gross Expense Ratio %** | **0.80** |

## Risk and Return Profile

| | 3 Yr | 5 Yr | 10 Yr |
|---|---|---|---|
| | 197 funds | 170 funds | 55 funds |
| Morningstar Rating™ | 1★ | 1★ | — |
| Morningstar Risk | Low | -Avg | — |
| Morningstar Return | Low | Low | — |

| | 3 Yr | 5 Yr | 10 Yr |
|---|---|---|---|
| Standard Deviation | 6.77 | 10.84 | — |
| Mean | 5.00 | 7.27 | — |
| Sharpe Ratio | 0.75 | 0.70 | — |

| MPT Statistics | Standard Index | Best Fit Index |
|---|---|---|
| | | Morningstar Mod Tgt Risk TR USD |
| Alpha | -2.23 | -2.23 |
| Beta | 1.12 | 1.12 |
| R-Squared | 95.99 | 95.99 |
| 12-Month Yield | | 4.45% |
| Potential Cap Gains Exp | | -3.90% |

## Operations

| | |
|---|---|
| Family: | Allianz Funds |
| Manager: | Multiple |
| Tenure: | 6.8 Years |
| Objective: | Growth and Income |
| Base Currency: | USD |
| Ticker: | AVTIX |
| Minimum Initial Purchase: | $0 |
| Min Auto Investment Plan: | $0 |
| Purchase Constraints: | A |
| Incept: | 12-29-2008 |
| Type: | MF |
| Total Assets: | $43.41 mil |

## Investment Style
Equity
Stock %

**Growth of $10,000**
- AllianzGI Retirement 2040 R6: 19,040
- Category Average: 20,247
- Standard Index: 18,072

**Performance Quartile** (within category)

| History | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 08-15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NAV/Price | — | — | — | — | 15.17 | 19.98 | 21.21 | 17.86 | 19.49 | 21.41 | 20.32 | 19.81 |
| Total Return % | — | — | — | — | — | 35.97 | 16.15 | -4.53 | 12.86 | 12.62 | 1.59 | -2.21 |
| +/- Standard Index | — | — | — | — | — | 14.20 | 3.82 | -5.12 | 0.82 | -1.69 | -3.30 | 0.02 |
| +/- Category Index | — | — | — | — | — | 4.17 | -0.56 | -1.68 | -2.85 | -10.44 | -3.92 | 1.03 |
| % Rank Cat | — | — | — | — | — | 8 | 12 | 62 | 87 | 88 | 96 | — |
| No. of Funds in Cat | — | — | — | — | — | 193 | 194 | 202 | 204 | 218 | 227 | 255 |

## Portfolio Analysis 07-31-2015

| Asset Allocation % | Net % | Long % | Short % |
|---|---|---|---|
| Cash | 8.26 | 20.30 | 12.04 |
| US Stocks | 36.04 | 36.77 | 0.73 |
| Non-US Stocks | 26.23 | 26.52 | 0.29 |
| Bonds | 27.23 | 40.07 | 12.84 |
| Other/Not Clsfd | 2.24 | 2.58 | 0.34 |
| Total | 100.00 | 126.24 | 26.24 |

**Equity Style**: Value/Blend/Growth — Large

| Portfolio Statistics | Port Avg | Rel Index | Rel Cat |
|---|---|---|---|
| P/E Ratio TTM | 16.2 | 0.94 | 0.90 |
| P/C Ratio TTM | 8.9 | 0.93 | 0.84 |
| P/B Ratio TTM | 1.9 | 0.93 | 0.84 |
| Geo Avg Mkt Cap $mil | 13208 | 0.56 | 0.39 |

**Fixed-Income Style**

| | |
|---|---|
| Avg Eff Maturity | — |
| Avg Eff Duration | — |
| Avg Wtd Coupon | 3.88 |
| Avg Wtd Price | — |

**Credit Quality Breakdown** — Bond %
| AAA | — |
| AA | — |
| A | — |
| BBB | — |
| BB | — |
| B | — |
| Below B | — |
| NR | — |

| Regional Exposure | Stock % | Rel Std Index |
|---|---|---|
| Americas | 62.2 | 0.86 |
| Greater Europe | 22.1 | 1.48 |
| Greater Asia | 15.7 | 1.25 |

| Share Chg since 06-2015 | Share Amount | Holdings: 1,901 Total Stocks, 6,245 Total Fixed-Income, 84% Turnover Ratio | % Net Assets |
|---|---|---|---|
| ⊕ | 511,654 | AllianzGI Best Styles US Equity R6 | 17.10 |
| ⊕ | 377,814 | AllianzGI Best Styles Intl Eq R6 | 12.64 |
| ⊕ | 195,952 | AllianzGI Short Duration High Inc | 6.57 |
| ⊕ | 225,526 | PIMCO Mortgage Opportunities Instl | 5.44 |
| ⊖ | 203,041 | PIMCO Income Instl | 5.44 |
| ⊖ | 91,089 | AllianzGI NFJ Mid-Cap Value Instl | 5.42 |
| ⊖ | 115,369 | AllianzGI US Small-Cap Growth Instl | 4.37 |
| ⊖ | 154,767 | PIMCO EqS® Long/Short Institutional | 4.16 |
| ⊕ | 126,658 | PIMCO Long-Term Credit Institution | 3.42 |
| ⊕ | 99,178 | AllianzGI Global Natural Resources | 3.37 |
| ⊕ | 91,108 | AllianzGI US Managed Volatility In | 2.94 |
| ⊕ | 51,209 | AllianzGI Ultra Micro Cap Institut | 2.90 |
| ⊕ | 97,691 | AllianzGI Emerging Markets Cnsmer | 2.89 |
| ⊕ | 18,032 | PIMCO 15+ Year US TIPS ETF | 2.51 |
| ⊖ | 113,457 | PIMCO TRENDS Managed Futures Strat | 2.49 |

| Sector Weightings | Stocks % | Rel Std Index |
|---|---|---|
| ↻ Cyclical | 42.0 | 1.05 |
| Basic Materials | 5.8 | 1.16 |
| Consumer Cyclical | 12.7 | 1.05 |
| Financial Services | 17.8 | 0.98 |
| Real Estate | 5.7 | 1.17 |
| ✦ Sensitive | 32.8 | 0.93 |
| Communication Services | 3.8 | 1.05 |
| Energy | 6.9 | 1.11 |
| Industrials | 11.1 | 0.94 |
| Technology | 10.9 | 0.81 |
| → Defensive | 25.2 | 1.02 |
| Consumer Defensive | 7.7 | 0.89 |
| Healthcare | 13.4 | 1.11 |
| Utilities | 4.2 | 1.04 |

©2015 Morningstar. All Rights Reserved. The information, data, analyses and opinions contained herein (1) include the confidential and proprietary information of Morningstar, (2) may be, or be derived from, account information provided by your financial advisor which cannot be verified by Morningstar, (3) may not be copied or redistributed, (4) do not constitute investment advice offered by Morningstar, (5) are provided solely for informational purposes and therefore are not an offer to buy or sell a security, and (6) are not warranted to be correct, complete or accurate. Except as otherwise required by law, Morningstar shall not be responsible for any trading decisions, damages or other losses resulting from, or related to, this information, data, analyses or opinions or their use. This report is supplemental sales literature. If applicable it must be preceded or accompanied by a prospectus, or equivalent, and disclosure statement.



Release date 08-31-2015

# AllianzGI Retirement 2050 R6 (USD)

**Overall Morningstar Rating™**: ★★ | 177 US OE Target Date 2046-2050
**Standard Index**: Morningstar Mod Tgt Risk TR USD
**Category Index**: Morningstar Lifetime Mod 2050 TR USD
**Morningstar Cat**: US OE Target Date 2046-2050

## Performance 08-31-2015

| Quarterly Returns | 1st Qtr | 2nd Qtr | 3rd Qtr | 4th Qtr | Total % |
|---|---|---|---|---|---|
| 2013 | 6.08 | -2.40 | 5.18 | 5.49 | 14.87 |
| 2014 | 1.72 | 4.20 | -3.14 | -1.15 | 1.49 |
| 2015 | 2.77 | -0.48 | — | — | -2.81 |

| Trailing Returns | 1 Yr | 3 Yr | 5 Yr | 10 Yr | Incept |
|---|---|---|---|---|---|
| Load-adj Mthly | -7.02 | 5.50 | 7.72 | — | 10.67 |
| Std 06-30-2015 | -2.07 | — | 9.63 | — | 11.84 |
| Total Return | -7.02 | 5.50 | 7.72 | — | 10.67 |
| +/- Std Index | -3.35 | -1.08 | -0.50 | — | — |
| +/- Cat Index | -1.16 | -3.86 | -3.09 | — | — |
| % Rank Cat | 87 | 85 | 81 | — | |
| No. in Cat | 222 | 177 | 132 | — | |

| | Subsidized | Unsubsidized |
|---|---|---|
| 7-day Yield | — | — |
| 30-day SEC Yield | 1.40 [1] | 1.46 |

1. Contractual waiver; Expires 03-31-2016

### Performance Disclosure

*The Overall Morningstar Rating is based on risk-adjusted returns, derived from a weighted average of the three-, five-, and 10-year (if applicable) Morningstar metrics.*

*The performance data quoted represents past performance and does not guarantee future results. The investment return and principal value of an investment will fluctuate; thus an investor's shares, when sold or redeemed, may be worth more or less than their original cost.*

*Current performance may be lower or higher than return data quoted herein. For performance data current to the most recent month-end, please call 800-498-5413 or visit www.allianzinvestors.com.*

## Fees and Expenses

### Sales Charges
| | |
|---|---|
| Front-End Load % | NA |
| Deferred Load % | NA |

### Fund Expenses
| | |
|---|---|
| Management Fees % | 0.05 |
| 12b1 Expense % | NA |
| **Gross Expense Ratio %** | **0.85** |

## Risk and Return Profile

| | 3 Yr 177 funds | 5 Yr 132 funds | 10 Yr 16 funds |
|---|---|---|---|
| Morningstar Rating™ | 1★ | 2★ | — |
| Morningstar Risk | Low | -Avg | — |
| Morningstar Return | Low | -Avg | — |

| | 3 Yr | 5 Yr | 10 Yr |
|---|---|---|---|
| Standard Deviation | 7.62 | 11.83 | — |
| Mean | 5.50 | 7.72 | — |
| Sharpe Ratio | 0.74 | 0.68 | — |

| MPT Statistics | Standard Index | Best Fit Index Morningstar Lifetime Mod 2055 TR USD |
|---|---|---|
| Alpha | -2.64 | -2.13 |
| Beta | 1.27 | 0.84 |
| R-Squared | 96.90 | 96.97 |
| 12-Month Yield | | 4.59% |
| Potential Cap Gains Exp | | -1.03% |

## Operations

| | |
|---|---|
| Family: | Allianz Funds |
| Manager: | Multiple |
| Tenure: | 6.8 Years |
| Objective: | Growth and Income |
| Base Currency: | USD |
| Ticker: | ASNIX |
| Minimum Initial Purchase: | $0 |
| Min Auto Investment Plan: | $0 |
| Purchase Constraints: | A |
| Incept: | 12-29-2008 |
| Type: | MF |
| Total Assets: | $21.37 mil |

**Investment Style**: Equity Stock %

### Growth of $10,000
- AllianzGI Retirement 2050 R6: 19,447
- Category Average: 20,668
- Standard Index: 18,072

| | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 08-15 | History |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | — | — | — | — | 15.17 | 20.00 | 21.28 | 17.72 | 19.25 | 21.52 | 20.21 | 19.55 | NAV/Price |
| | — | — | — | — | — | 36.19 | 17.22 | -5.05 | 13.23 | 14.87 | 1.49 | -2.81 | Total Return % |
| | — | — | — | — | — | 14.41 | 4.89 | -5.64 | 1.19 | 0.56 | -3.40 | -0.58 | +/- Standard Index |
| | — | — | — | — | — | 3.43 | 0.44 | -1.58 | -2.70 | -7.97 | -3.51 | 0.68 | +/- Category Index |
| | — | — | — | — | — | 12 | 1 | 69 | 87 | 87 | 95 | — | % Rank Cat |
| | — | — | — | — | — | 139 | 150 | 168 | 177 | 202 | 212 | 240 | No. of Funds in Cat |

## Portfolio Analysis 07-31-2015

| Asset Allocation % | Net % | Long % | Short % |
|---|---|---|---|
| Cash | 4.37 | 15.73 | 11.36 |
| US Stocks | 40.58 | 41.36 | 0.78 |
| Non-US Stocks | 35.00 | 35.31 | 0.31 |
| Bonds | 18.01 | 26.10 | 8.09 |
| Other/Not Clsfd | 2.04 | 2.33 | 0.30 |
| **Total** | **100.00** | **120.84** | **20.84** |

### Equity Style
Value Blend Growth — Large/Mid/Small

| Portfolio Statistics | Port Avg | Rel Index | Rel Cat |
|---|---|---|---|
| P/E Ratio TTM | 16.2 | 0.93 | 0.89 |
| P/C Ratio TTM | 8.9 | 0.92 | 0.84 |
| P/B Ratio TTM | 1.9 | 0.92 | 0.83 |
| Geo Avg Mkt Cap $mil | 13080 | 0.56 | 0.41 |

### Fixed-Income Style
Ltd Mod Ext — High/Med/Low

| | |
|---|---|
| Avg Eff Maturity | — |
| Avg Eff Duration | — |
| Avg Wtd Coupon | 3.57 |
| Avg Wtd Price | — |

| Credit Quality Breakdown | Bond % |
|---|---|
| AAA | — |
| AA | — |
| A | — |
| BBB | — |
| BB | — |
| B | — |
| Below B | — |
| NR | — |

| Regional Exposure | Stock % | Rel Std Index |
|---|---|---|
| Americas | 59.8 | 0.83 |
| Greater Europe | 23.6 | 1.58 |
| Greater Asia | 16.6 | 1.32 |

| Share Chg since 06-2015 | Share Amount | Holdings: 1,904 Total Stocks, 3,671 Total Fixed-Income, 78% Turnover Ratio | % Net Assets |
|---|---|---|---|
| ⊕ | 268,370 | AllianzGI Best Styles US Equity R6 | 18.48 |
| ⊕ | 231,371 | AllianzGI Best Styles Intl Eq R6 | 15.96 |
| ⊖ | 51,888 | AllianzGI NFJ Mid-Cap Value Instl | 6.36 |
| ⊕ | 67,973 | AllianzGI US Small-Cap Growth Instl | 5.31 |
| ⊕ | 79,926 | PIMCO EqS® Long/Short Institutional | 4.43 |
| ⊕ | 70,962 | PIMCO Income Instl | 3.92 |
| ⊖ | 58,550 | AllianzGI US Managed Volatility In | 3.89 |
| ⊕ | 54,627 | AllianzGI Global Natural Resources | 3.82 |
| ⊕ | 62,786 | AllianzGI Emerging Markets Cnsmer | 3.82 |
| ⊕ | 66,426 | PIMCO Long-Term Credit Institution | 3.70 |
| ⊕ | 28,595 | AllianzGI Ultra Micro Cap Institut | 3.34 |
| ⊖ | 65,688 | PIMCO TRENDS Managed Futures Strat | 2.98 |
| ⊖ | 44,613 | AllianzGI Intl Managed Volatility | 2.93 |
| ※ | 6,000 | Dollar Index Sep15 Imfx 20150914 | 2.61 |
| ※ | 51,685 | PIMCO Mortgage Opportunities Instl | 2.57 |

| Sector Weightings | Stocks % | Rel Std Index |
|---|---|---|
| ↻ Cyclical | 41.8 | 1.04 |
| Basic Materials | 5.6 | 1.12 |
| Consumer Cyclical | 12.8 | 1.06 |
| Financial Services | 18.2 | 1.00 |
| Real Estate | 5.2 | 1.08 |
| ⌁ Sensitive | 32.7 | 0.93 |
| Communication Services | 4.0 | 1.09 |
| Energy | 6.9 | 1.11 |
| Industrials | 11.3 | 0.95 |
| Technology | 10.5 | 0.79 |
| → Defensive | 25.5 | 1.03 |
| Consumer Defensive | 7.9 | 0.91 |
| Healthcare | 13.3 | 1.10 |
| Utilities | 4.3 | 1.07 |

©2015 Morningstar. All Rights Reserved. The information, data, analyses and opinions contained herein (1) include the confidential and proprietary information of Morningstar, (2) may be, or be derived from, account information provided by your financial advisor which cannot be verified by Morningstar, (3) may not be copied or redistributed, (4) do not constitute investment advice offered by Morningstar, (5) are provided solely for informational purposes and therefore are not an offer to buy or sell a security, and (6) are not warranted to be correct, complete or accurate. Except as otherwise required by law, Morningstar shall not be responsible for any trading decisions, damages or other losses resulting from, or related to, this information, data, analyses or opinions or their use. This report is supplemental sales literature. If applicable it must be preceded or accompanied by a prospectus, or equivalent, and disclosure statement.

MORNINGSTAR®

Release date 08-31-2015

# AllianzGI Retirement Income R6 (USD)

| | Overall Morningstar Rating™ | Standard Index | Category Index | Morningstar Cat |
|---|---|---|---|---|
| | ★★★ | Morningstar Mod Tgt Risk TR USD | Morningstar Lifetime Mod Incm TR USD | US OE Retirement Income |
| | 153 US OE Retirement Income | | | |

## Performance 08-31-2015

| Quarterly Returns | 1st Qtr | 2nd Qtr | 3rd Qtr | 4th Qtr | Total % |
|---|---|---|---|---|---|
| 2013 | 2.38 | -3.59 | 2.41 | 2.05 | 3.15 |
| 2014 | 1.65 | 2.87 | -1.44 | -0.56 | 2.49 |
| 2015 | 1.68 | -0.81 | — | — | -1.20 |

| Trailing Returns | 1 Yr | 3 Yr | 5 Yr | 10 Yr | Incept |
|---|---|---|---|---|---|
| Load-adj Mthly | -3.51 | 2.34 | 4.51 | — | 7.31 |
| Std 06-30-2015 | -1.14 | — | 5.58 | — | 7.85 |
| Total Return | -3.51 | 2.34 | 4.51 | — | 7.31 |
| +/- Std Index | 0.15 | -4.25 | -3.72 | — | — |
| +/- Cat Index | -1.26 | -1.29 | -1.54 | — | — |
| % Rank Cat | 83 | 74 | 58 | — | |
| No. in Cat | 166 | 153 | 143 | — | |

| | Subsidized | Unsubsidized |
|---|---|---|
| 7-day Yield | — | — |
| 30-day SEC Yield | 3.30 [1] | 3.26 |

1. Contractual waiver; Expires 03-31-2016

### Performance Disclosure
*The Overall Morningstar Rating is based on risk-adjusted returns, derived from a weighted average of the three-, five-, and 10-year (if applicable) Morningstar metrics.*

*The performance data quoted represents past performance and does not guarantee future results. The investment return and principal value of an investment will fluctuate; thus an investor's shares, when sold or redeemed, may be worth more or less than their original cost.*

*Current performance may be lower or higher than return data quoted herein. For performance data current to the most recent month-end, please call 800-498-5413 or visit www.allianzinvestors.com.*

## Fees and Expenses

**Sales Charges**
| | |
|---|---|
| Front-End Load % | NA |
| Deferred Load % | NA |

**Fund Expenses**
| | |
|---|---|
| Management Fees % | 0.05 |
| 12b1 Expense % | NA |
| Gross Expense Ratio % | 0.65 |

## Risk and Return Profile

| | 3 Yr 153 funds | 5 Yr 143 funds | 10 Yr 61 funds |
|---|---|---|---|
| Morningstar Rating™ | 2★ | 3★ | — |
| Morningstar Risk | Avg | +Avg | — |
| Morningstar Return | -Avg | Avg | — |

| | 3 Yr | 5 Yr | 10 Yr |
|---|---|---|---|
| Standard Deviation | 4.26 | 5.26 | — |
| Mean | 2.34 | 4.51 | — |
| Sharpe Ratio | 0.55 | 0.85 | — |

| MPT Statistics | Standard Index | Best Fit Index Morningstar Lifetime Mod Incm TR USD |
|---|---|---|
| Alpha | -1.85 | -1.37 |
| Beta | 0.65 | 1.04 |
| R-Squared | 80.36 | 90.62 |
| 12-Month Yield | | 4.05% |
| Potential Cap Gains Exp | | -2.32% |

## Operations

| | |
|---|---|
| Family: | Allianz Funds |
| Manager: | Multiple |
| Tenure: | 6.8 Years |
| Objective: | Income |
| Base Currency: | USD |
| Ticker: | AVRIX |
| Minimum Initial Purchase: | $0 |
| Min Auto Investment Plan: | $0 |
| Purchase Constraints: | A |
| Incept: | 12-29-2008 |
| Type: | MF |
| Total Assets: | $23.63 mil |

## Investment Style
Fixed-Income
Bond %

### Growth of $10,000
— AllianzGI Retirement Income R6  15,977
— Category Average  15,748
— Standard Index  18,072

| Investment Style | 57 | 75 | 57 | 60 | 65 | 62 | 60 | 59 | |
|---|---|---|---|---|---|---|---|---|---|

### History

| | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 08-15 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NAV/Price | — | — | — | — | 15.03 | 17.29 | 18.10 | 17.78 | 18.76 | 18.84 | 18.12 | 17.63 | |
| Total Return % | — | — | — | — | — | 21.78 | 10.48 | 3.18 | 10.20 | 3.15 | 2.49 | -1.20 | |
| +/- Standard Index | — | — | — | — | — | 0.00 | -1.86 | 2.59 | -1.84 | -11.16 | -2.40 | 1.03 | |
| +/- Category Index | — | — | — | — | — | 6.27 | 0.45 | -0.95 | 1.42 | -3.30 | -1.60 | -0.15 | |
| % Rank Cat | — | — | — | — | — | 24 | 18 | 23 | 29 | 79 | 94 | — | |
| No. of Funds in Cat | — | — | — | — | — | 134 | 162 | 260 | 281 | 293 | 272 | 184 | |

## Portfolio Analysis 07-31-2015

| Asset Allocation % | Net % | Long % | Short % |
|---|---|---|---|
| Cash | 10.88 | 27.66 | 16.77 |
| US Stocks | 17.87 | 17.87 | 0.00 |
| Non-US Stocks | 9.78 | 9.79 | 0.01 |
| Bonds | 58.23 | 83.77 | 25.55 |
| Other/Not Clsfd | 3.24 | 3.69 | 0.45 |
| Total | 100.00 | 142.78 | 42.78 |

### Equity Style

| Portfolio Statistics | Port Avg | Rel Index | Rel Cat |
|---|---|---|---|
| P/E Ratio TTM | 15.7 | 0.91 | 0.87 |
| P/C Ratio TTM | 8.6 | 0.90 | 0.83 |
| P/B Ratio TTM | 1.9 | 0.95 | 0.87 |
| Geo Avg Mkt Cap $mil | 19286 | 0.82 | 0.60 |

### Fixed-Income Style

| | |
|---|---|
| Avg Eff Maturity | — |
| Avg Eff Duration | — |
| Avg Wtd Coupon | 3.48 |
| Avg Wtd Price | — |

### Credit Quality Breakdown — Bond %
| AAA | — |
|---|---|
| AA | — |
| A | — |
| BBB | — |
| BB | — |
| B | — |
| Below B | — |
| NR | — |

### Regional Exposure
| | Stock % | Rel Std Index |
|---|---|---|
| Americas | 70.5 | 0.97 |
| Greater Europe | 16.8 | 1.12 |
| Greater Asia | 12.7 | 1.01 |

### Holdings
1,056 Total Stocks, 8,404 Total Fixed-Income, 101% Turnover Ratio

| Share Chg since 06-2015 | Share Amount | Holdings | % Net Assets |
|---|---|---|---|
| ⊖ | 269,537 | PIMCO Income Instl | 13.48 |
| ⊖ | 53,759 | PIMCO Broad US TIPS ETF | 12.36 |
| ⊕ | 190,382 | AllianzGI Best Styles US Equity R6 | 11.88 |
| ⊕ | 227,046 | PIMCO Mortgage Opportunities Instl | 10.22 |
| ⊕ | 142,794 | AllianzGI Short Duration High Inc | 8.95 |
| ⊕ | 91,396 | PIMCO Long-Term Credit Institution | 4.61 |
| ⊖ | 17,633 | PIMCO 15+ Year US TIPS ETF | 4.59 |
| ⊕ | 107,105 | Harvest Funds Intermediate Bond In | 4.39 |
| ⊕ | 31,278 | AllianzGI NFJ Mid-Cap Value Instl | 3.48 |
| ⊖ | 55,031 | AllianzGI Best Styles Intl Eq R6 | 3.44 |
| ※ | 72,908 | PIMCO Short-Term Instl | 2.89 |
| ⊕ | 58,340 | PIMCO Foreign Bond (USD-Hedged) I | 2.52 |
| ※ | 5,684 | iShares Core US Aggregate Bond | 2.52 |
| ⊕ | 25,176 | Voya Global Real Estate I | 2.04 |
| ⊖ | 27,830 | AllianzGI US Small-Cap Growth Instl | 1.97 |

### Sector Weightings
| | Stocks % | Rel Std Index |
|---|---|---|
| ↻ Cyclical | 43.3 | 1.08 |
| Basic Materials | 5.7 | 1.14 |
| Consumer Cyclical | 10.7 | 0.89 |
| Financial Services | 17.8 | 0.98 |
| Real Estate | 9.1 | 1.87 |
| ↯ Sensitive | 33.7 | 0.96 |
| Communication Services | 3.6 | 0.98 |
| Energy | 8.1 | 1.30 |
| Industrials | 9.8 | 0.83 |
| Technology | 12.2 | 0.91 |
| → Defensive | 23.1 | 0.93 |
| Consumer Defensive | 7.4 | 0.85 |
| Healthcare | 11.7 | 0.97 |
| Utilities | 3.9 | 0.98 |

©2015 Morningstar. All Rights Reserved. The information, data, analyses and opinions contained herein (1) include the confidential and proprietary information of Morningstar, (2) may be, or be derived from, account information provided by your financial advisor which cannot be verified by Morningstar, (3) may not be copied or redistributed, (4) do not constitute investment advice offered by Morningstar, (5) are provided solely for informational purposes and therefore are not an offer to buy or sell a security, and (6) are not warranted to be correct, complete or accurate. Except as otherwise required by law, Morningstar shall not be responsible for any trading decisions, damages or other losses resulting from, or related to, this information, data, analyses or opinions or their use. This report is supplemental sales literature. If applicable it must be preceded or accompanied by a prospectus, or equivalent, and disclosure statement.



# Benchmark Disclosure

**Barclays US Agg Bond TR USD**
This index is composed of the BarCap Government/Credit Index, the Mortgage-Backed Securities Index, and the Asset-Backed Securities Index. The returns we publish for the index are total returns, which includes the daily reinvestment of dividends. The constituents displayed for this index are from the following proxy: iShares Core US Aggregate Bond.

**Morningstar Gbl Allocation TR USD**
Description unavailable.

**Morningstar Lifetime Mod 2015 TR USD**
The Morningstar Lifetime Moderate 2015 Index represents a portfolio of global equities, bonds and traditional inflation hedges such as commodities and TIPS. This portfolio is held in proportions appropriate for a U.S. investor who is about five years away from retirement. The Moderate risk profile is for investors who are comfortable with average exposure to equity market volatility.

**Morningstar Lifetime Mod 2020 TR USD**
The Morningstar Lifetime Moderate 2020 Index represents a portfolio of global equities, bonds and traditional inflation hedges such as commodities and TIPS. This portfolio is held in proportions appropriate for a U.S. investor who is about ten years away from retirement. The Moderate risk profile is for investors who are comfortable with average exposure to equity market volatility.

**Morningstar Lifetime Mod 2030 TR USD**
The Morningstar Lifetime Moderate 2030 Index represents a portfolio of global equities, bonds and traditional inflation hedges such as commodities and TIPS. This portfolio is held in proportions appropriate for a U.S. investor who is about 20 years away from retirement. The Moderate risk profile is for investors who are comfortable with average exposure to equity market volatility.

**Morningstar Lifetime Mod 2040 TR USD**
The Morningstar Lifetime Moderate 2040 Index represents a portfolio of global equities, bonds and traditional inflation hedges such as commodities and TIPS. This portfolio is held in proportions appropriate for a U.S. investor who is about 30 years away from retirement. The Moderate risk profile is for investors who are comfortable with average exposure to equity market volatility.

**Morningstar Lifetime Mod 2050 TR USD**
The Morningstar Lifetime Moderate 2050 Index represents a portfolio of global equities, bonds and traditional inflation hedges such as commodities and TIPS. This portfolio is held in proportions appropriate for a U.S. investor who is about 40 years away from retirement. The Moderate risk profile is for investors who are comfortable with average exposure to equity market volatility.

**Morningstar Lifetime Mod 2055 TR USD**
The Morningstar Lifetime Moderate 2055 Index represents a portfolio of global equities, bonds and traditional inflation hedges such as commodities and TIPS. This portfolio is held in proportions appropriate for a U.S. investor who is about 45 years away from retirement. The Moderate risk profile is for investors who are comfortable with average exposure to equity market volatility.

**Morningstar Lifetime Mod Incm TR USD**
The Morningstar Lifetime Moderate Income Index represents a portfolio of global equities, bonds and traditional inflation hedges such as commodities and TIPS. This portfolio is held in proportions appropriate for a U.S. investor who is at least ten years into retirement. The Moderate risk profile is for investors who are comfortable with average exposure to equity market volatility.

**Morningstar Mod Tgt Risk TR USD**
The Morningstar Moderate Target Risk Index represents a portfolio of global equities, bonds and traditional inflation hedges such as commodities and TIPS. This portfolio is held in a static allocation appropriate for U.S. investors who seek average exposure to equity market risk and returns.

**MSCI EAFE NR USD**
This Europe, Australasia, and Far East index is a market-capitalization-weighted index of 21 non-U.S., industrialized country indexes.

This disclosure applies to all MSCI indices: Certain information included herein is derived by Morningstar in part from MSCI's Index Constituents (the "Index Data"). However, MSCI has not reviewed any information contained herein and does not endorse or express any opinion such information or analysis. MSCI does not make any express or implied warranties, representations or guarantees concerning the Index Data or any information or data derived therefrom, and in no event will MSCI have any liability for any direct, indirect, special, punitive, consequential or any other damages (including lost profits) relating to any use of this information.

**S&P 500 TR USD**
A market capitalization-weighted index composed of the 500 most widely held stocks whose assets and/or revenues are based in the US; it's often used as a proxy for the stock market. TR (Total Return) indexes include daily reinvestment of dividends. The constituents displayed for this index are from the following proxy: iShares Core S&P 500.

**USTREAS T-Bill Auction Ave 3 Mon**
Three-month T-bills are government-backed, short-term investments considered to be risk-free and as good as cash because the maturity is only three months. Morningstar collects yields on the T-bill on a weekly basis from the Wall Street Journal.

©2015 Morningstar. All Rights Reserved. The information, data, analyses and opinions contained herein (1) include the confidential and proprietary information of Morningstar, (2) may include, or be derived from, account information provided by your financial advisor which cannot be verified by Morningstar, (3) may not be copied or redistributed, (4) do not constitute investment advice offered by Morningstar, (5) are provided solely for informational purposes and therefore are not an offer to buy or sell a security, and (6) are not warranted to be correct, complete or accurate. Except as otherwise required by law, Morningstar shall not be responsible for any trading decisions, damages or other losses resulting from, or related to, this information, data, analyses or opinions or their use. This report is supplemental sales literature. If applicable it must be preceded or accompanied by a prospectus, or equivalent, and disclosure statement.

