| | |
|---|---|
| 1 | Daniel J. Tyukody (SBN 123323) |
| 2 | *dtyukody@goodwinprocter.com*<br>Christina Queiros Bouchot (SBN 289701) |
| 3 | *cbouchot@goodwinprocter.com*<br>**GOODWIN PROCTER LLP** |
| 4 | 601 S Figueroa Street, 41st Floor<br>Los Angeles, CA  90017 |
| 5 | Tel.:  213.426.2500<br>Fax.:  213.623.1673 |
| 6 | James O. Fleckner (*pro hac vice*) |
| 7 | *jfleckner@goodwinprocter.com*<br>David Rosenberg (*pro hac vice*) |
| 8 | *drosenberg@goodwinprocter.com*<br>**GOODWIN PROCTER LLP** |
| 9 | 53 State Street<br>Boston, MA  02109 |
| 10 | Tel.:  617.570.1000<br>Fax.:  617.523.1231 |
| 11 | Attorneys for Defendants |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEKSANDR URAKHCHIN AND NATHAN MARFICE, INDIVIDUALLY, AS REPRESENTATIVES OF THE CLASS AND ON BEHALF OF THE ALLIANZ ASSET MANAGEMENT OF AMERICA, L.P. 401(K) SAVINGS AND RETIREMENT PLAN,<br><br>Plaintiffs,<br><br>v.<br><br>ALLIANZ ASSET MANAGEMENT OF AMERICA, L.P., ALLIANZ ASSET MANAGEMENT OF AMERICA, LLC, COMMITTEE OF THE ALLIANZ ASSET MANAGEMENT OF AMERICA, L.P. 401(K) SAVINGS AND RETIREMENT PLAN, JOHN MANEY, ALLIANZ GLOBAL INVESTORS FUND MANAGEMENT LLC, PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, ALLIANZ GLOBAL INVESTORS U.S. LLC, NFJ INVESTMENT GROUP LLC, AND JOHN DOES 1-30,<br><br>Defendants. | Case No. 8:15-cv-01614-JVS-JCG<br><br>**CLASS ACTION**<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS THE CLASS ACTION COMPLAINT**<br><br>Date:         April 4, 2016<br>Time:         1:30 pm<br>Courtroom:  10C<br><br>Judge:         Hon. James V. Selna<br><br>Filed Concurrently with:<br>1. Memorandum of Points and Authorities<br>2. Declaration of David Rosenberg<br>3. Request for Judicial Notice<br>4. Proposed Order |

1 **TO ALL PARITES AND THEIR COUNSEL OF RECORD:**

2 **PLEASE TAKE NOTICE** that, on April 4, 2016 or as soon thereafter
3 as the matter may be heard, before the Honorable James V. Selna, United States
4 District Judge, located at 411 West Fourth Street, Courtroom No. 10C, Santa Ana,
5 California 92701, defendants Allianz Asset Management of America L.P., Allianz
6 Asset Management of America LLC, Allianz Global Investors Fund Management
7 LLC, Pacific Investment Management Company LLC, Allianz Global Investors
8 U.S. LLC, NFJ Investment Group LLC, the Committee of the Allianz Asset
9 Management of America L.P. 401(k) Savings and Retirement Plan, and John Maney
10 (together, the "Defendants") will and hereby do move for an order dismissing with
11 prejudice all claims asserted in the Class Action Complaint (the "Complaint") in the
12 above-captioned matter.

13 There are numerous grounds for this motion.  First, Plaintiffs' claims are
14 time-barred under the three-year state of limitations contained in the Employee
15 Retirement Income Security Act of 1974, as amended.  Second, the Complaint fails
16 to state cognizable claims under Federal Rule of Civil Procedure 12(b)(6).  Finally,
17 Plaintiffs lack standing to sue regarding funds in which they never invested and
18 therefore their Complaint should be dismissed to that extent under Federal Rule of
19 Civil Procedure 12(b)(1).

20 This motion is made based on this Notice of Motion and Motion, the
21 Memorandum of Points and Authorities with accompanying Appendices in support
22 therefore, the Declaration of David Rosenberg and exhibits affixed thereto,
23 Defendants' Request for Judicial Notice, and all other papers, pleadings, documents,
24 arguments of counsel, and materials presented before or during the hearing on this
25 motion, and any other evidence and argument the Court may consider.

26 This motion is made following the conference of counsel pursuant to Local
27 Rule 7-3 which took place telephonically on December 9, 2015.

28

ACTIVE/84472521                                1

| | | |
|---|---|---|
| 1 | Dated:  December 16, 2015 | Respectfully submitted, |
| 2 | | |
| 3 | | By:*/s/ James O. Fleckner*<br>James O. Fleckner (*pro hac vice*) |
| 4 | | *jfleckner@goodwinprocter.com* |
| 5 | | David Rosenberg (*pro hac vice*)<br>*drosenberg@goodwinprocter.com* |
| 6 | | **GOODWIN PROCTER LLP**<br>53 State Street |
| 7 | | Boston, Massachusetts 02109 |
| 8 | | Telephone:  (617) 570-1000<br>Facsimile:  (617) 523-1231 |
| 9 | | |
| 10 | | Daniel Tyukody (SBN 123323)<br>*dytukody@goodwinprocter.com* |
| 11 | | Christina Queiros Bouchot (SBN 289701) |
| 12 | | *cbouchot@goodwinprocter.com*<br>**GOODWIN PROCTER LLP** |
| 13 | | 601 South Figueroa Street, 41st Floor |
| 14 | | Los Angeles, CA 90017<br>Telephone:  (213) 426-2500 |
| 15 | | Facsimile:  (213) 623-1673 |
| 16 | | |
| 17 | | *Attorneys for Defendants*<br>**ALLIANZ ASSET MANAGEMENT OF** |
| 18 | | **AMERICA L.P.; ALLIANZ ASSET**<br>**MANAGEMENT OF AMERICA LLC;** |
| 19 | | **COMMITTEE OF THE ALLIANZ** |
| 20 | | **ASSET MANAGEMENT OF AMERICA**<br>**L.P. 401(K) SAVINGS AND** |
| 21 | | **RETIREMENT PLAN; JOHN MANEY;** |
| 22 | | **ALLIANZ GLOBAL INVESTORS FUND**<br>**MANAGEMENT LLC; PACIFIC** |
| 23 | | **INVESTMENT MANAGEMENT** |
| 24 | | **COMPANY LLC; ALLIANZ GLOBAL**<br>**INVESTORS U.S. LLC; and NFJ** |
| 25 | | **INVESTMENT GROUP LLC** |
| 26 | | |
| 27 | | |
| 28 | | |

ACTIVE/84472521                                            2