Christina Queiros Bouchot (SBN 289701)
*cbouchot@goodwinprocter.com*
**GOODWIN PROCTER LLP**
601 S Figueroa Street, 41st Floor
Los Angeles, CA 90017
Tel.: 213.426.2500
Fax.: 213.623.1673

James O. Fleckner (*pro hac vice*)
*jfleckner@goodwinprocter.com*
David Rosenberg (*pro hac vice*)
*drosenberg@goodwinprocter.com*
**GOODWIN PROCTER LLP**
53 State Street
Boston, MA 02109
Tel.: 617.570.1000
Fax.: 617.523.1231

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEKSANDR URAKHCHIN AND NATHAN MARFICE, INDIVIDUALLY, AS REPRESENTATIVES OF THE CLASS, AND ON BEHALF OF THE ALLIANZ ASSET MANAGEMENT OF AMERICA, L.P. 401(K) SAVINGS AND RETIREMENT PLAN,<br><br>Plaintiffs,<br><br>v.<br><br>ALLIANZ ASSET MANAGEMENT OF AMERICA, L.P., ALLIANZ ASSET MANAGEMENT OF AMERICA, LLC, COMMITTEE OF THE ALLIANZ ASSET MANAGEMENT OF AMERICA, L.P. 401(K) SAVINGS AND RETIREMENT PLAN, JOHN MANEY, ALLIANZ GLOBAL INVESTORS FUND MANAGEMENT LLC, PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, ALLIANZ GLOBAL INVESTORS U.S. LLC, NFJ INVESTMENT GROUP LLC, AND JOHN DOES 1-30,<br><br>Defendants. | Case No. 8:15-cv-01614-JVS-JCG<br><br>**CLASS ACTION**<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS THE FIRST AMENDED CLASS ACTION COMPLAINT**<br><br>Date: May 9, 2016<br>Time: 1:30 pm<br>Courtroom: 10C<br>Judge: Hon. James V. Selna<br><br>Filed Concurrently with:<br>1. Memorandum of Points and Authorities<br>2. Declaration of David Rosenberg<br>3. Request for Judicial Notice<br>4. Proposed Order |

1 **TO ALL PARITES AND THEIR COUNSEL OF RECORD:**

2    **PLEASE TAKE NOTICE** that, on May 9, 2016 or as soon thereafter as the matter may be heard, before the Honorable James V. Selna, United States District Judge, located at 411 West Fourth Street, Courtroom No. 10C, Santa Ana, California 92701, defendants Allianz Asset Management of America L.P., Allianz Asset Management of America LLC, Allianz Global Investors Fund Management LLC, Pacific Investment Management Company LLC, Allianz Global Investors U.S. LLC, NFJ Investment Group LLC, the Committee of the Allianz Asset Management of America L.P. 401(k) Savings and Retirement Plan, and John Maney (together, the "Defendants") will and hereby do move for an order dismissing with prejudice all claims asserted in the First Amended Class Action Complaint (the "Complaint") in the above-captioned matter.

   There are numerous grounds for this motion. First, Plaintiffs' claims are time-barred under the three-year state of limitations contained in the Employee Retirement Income Security Act of 1974, as amended. Second, the Complaint fails to state cognizable claims under Federal Rule of Civil Procedure 12(b)(6). Finally, Plaintiffs lack standing to sue regarding funds in which they never invested and therefore their Complaint should be dismissed to that extent under Federal Rule of Civil Procedure 12(b)(1).

   This motion is made based on this Notice of Motion and Motion, the Memorandum of Points and Authorities with accompanying Appendices in support therefore, the Declaration of David Rosenberg and exhibits affixed thereto, Defendants' Request for Judicial Notice, and all other papers, pleadings, documents, arguments of counsel, and materials presented before or during the hearing on this motion, and any other evidence and argument the Court may consider.

   This motion is made following the conference of counsel pursuant to Local Rule 7-3 which took place telephonically on January 29, 2016.

ACTIVE/84472521

| | | |
|---|---|---|
| 1 | Dated: February 5, 2016 | Respectfully submitted, |
| 2 | | |
| 3 | | By:*/s/ James O. Fleckner*<br>James O. Fleckner (*pro hac vice*) |
| 4 | | *jfleckner@goodwinprocter.com*<br>David Rosenberg (*pro hac vice*) |
| 5 | | *drosenberg@goodwinprocter.com* |
| 6 | | **GOODWIN PROCTER LLP**<br>53 State Street |
| 7 | | Boston, Massachusetts 02109 |
| 8 | | Telephone: (617) 570-1000<br>Facsimile: (617) 523-1231 |
| 9 | | |
| 10 | | Christina Queiros Bouchot (SBN 289701)<br>*cbouchot@goodwinprocter.com* |
| 11 | | **GOODWIN PROCTER LLP** |
| 12 | | 601 South Figueroa Street, 41st Floor<br>Los Angeles, CA 90017 |
| 13 | | Telephone: (213) 426-2500 |
| 14 | | Facsimile: (213) 623-1673 |
| 15 | | *Attorneys for Defendants* |
| 16 | | **ALLIANZ ASSET MANAGEMENT OF AMERICA L.P.; ALLIANZ ASSET** |
| 17 | | **MANAGEMENT OF AMERICA LLC;** |
| 18 | | **COMMITTEE OF THE ALLIANZ ASSET MANAGEMENT OF AMERICA** |
| 19 | | **L.P. 401(K) SAVINGS AND** |
| 20 | | **RETIREMENT PLAN; JOHN MANEY; ALLIANZ GLOBAL INVESTORS FUND** |
| 21 | | **MANAGEMENT LLC; PACIFIC** |
| 22 | | **INVESTMENT MANAGEMENT COMPANY LLC; ALLIANZ GLOBAL** |
| 23 | | **INVESTORS U.S. LLC; and NFJ** |
| 24 | | **INVESTMENT GROUP LLC** |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

2