1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEKSANDR URAKHCHIN AND NATHAN MARFICE, INDIVIDUALLY, AS REPRESENTATIVES OF THE CLASS, AND ON BEHALF OF THE ALLIANZ ASSET MANAGEMENT OF AMERICA, L.P. 401(K) SAVINGS AND RETIREMENT PLAN, <br><br> Plaintiffs, <br><br> v. <br><br> ALLIANZ ASSET MANAGEMENT OF AMERICA, L.P., ALLIANZ ASSET MANAGEMENT OF AMERICA, LLC, COMMITTEE OF THE ALLIANZ ASSET MANAGEMENT OF AMERICA, L.P. 401(K) SAVINGS AND RETIREMENT PLAN, JOHN MANEY, ALLIANZ GLOBAL INVESTORS FUND MANAGEMENT LLC, PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, ALLIANZ GLOBAL INVESTORS U.S. LLC, NFJ INVESTMENT GROUP LLC, AND JOHN DOES 1-30, <br><br> Defendants. | Case No. 8:15-cv-01614-JLS-JCG <br><br> **CLASS ACTION** <br><br> **ORDER RE WITHDRAWAL OF DEFENDANTS' MOTION TO STAY DISCOVERY PENDING A RULING ON DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT** <br><br> Date:　　　　September 9, 2016 <br> Time:　　　　2:30 PM <br> Courtroom:　10A <br><br> Judge:　　　　Hon. Josephine L. Staton <br> Magistrate Judge:　Hon. Jay C. Gandhi |

ACTIVE/87659873.1

**ORDER**

The Court, having read and considered Defendants' Notice of Withdrawal of their Motion to Stay Discovery Pending a Ruling on Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint (the "Motion"), HEREBY ORDERS as follows:

The Court deems the Motion WITHDRAWN, and takes the hearing on the Motion off the calendar.

IT IS SO ORDERED.

DATED: August 24, 2016

JOSEPHINE L. STATON
_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE