**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALEKSANDR URAKHCHIN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ALLIANZ ASSET MANAGEMENT OF AMERICA, L.P., *et al*., <br><br> Defendants. | Case No. 8:15-cv-1614-JLS-JCGx <br><br><br> **ORDER CONDITIONALLY APPROVING JOINT CLASS ACTION NOTICE PLAN (Doc. 115)** |

-1-

Before the Court is the Parties Joint Class Action Notice Plan. (Doc. 115.) The Court has considered the proposed plan for providing notice to the certified classes and the exhibits. Based on the foregoing, the Court now finds and hereby ORDERS as follows:

1) Each class member shall be mailed a Notice of Pending Class Action ("Class Notice") via first class mail. The Court adopts Plaintiffs' form of Class Notice with the following change: the parties shall delete the phrase, "submit comments to the Court," from pages 1 and 6 of the Class Notice.

2) A website shall be established with the domain name of www.allianz401kclassaction.com. This website shall include hyperlinks to the operative First Amended Class Action Complaint, the Defendants' Answer to the First Amended Complaint, the Court's Order Granting in Part and Denying in Part Defendants' Motion to Dismiss, and the Court's Orders Granting Plaintiffs' Motion for Class Certification and appointing Class Counsel, as well as any other information mutually agreed upon by Plaintiffs and Defendants. The website shall also include the information in Plaintiffs' Class Notice with the following change: the parties shall delete the phrase, "submit comments to the Court," from the website.

3) Dahl Administration, LLC ("Dahl") shall mail the Class Notice and maintain the above-referenced website.

4) Class Counsel shall pay for Dahl's services relating to the Class Notice and website, subject to Class Counsel's right to seek reimbursement of such expenses in the event that the Class Representatives prevail in this action, or in the event of any class action settlement.

5) Defendants' counsel shall provide Dahl with a list of members of each of the certified classes within five (5) business days of the date of this Order.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

6) Dahl shall mail the Class Notice as specified in Paragraph 1 and establish the agreed-upon website within ten (10) business days of receiving the class list information from Defendants' counsel.

Dated: July 20, 2017

*[signature]*

Hon. Josephine L. Staton
United States District Judge

-3-