KABATECK BROWN KELLNER LLP
Richard L. Kellner, CA Bar No. 171416
rlk@kbklawyers.com
644 South Figueroa Street
Engine Company No. 28 Building
Los Angeles, CA 90017
Telephone: (213) 217-5000
Facsimile: (213) 217-5010

Kai H. Richter, MN Bar No. 0296545*
krichter@nka.com
Paul J. Lukas, MN Bar No. 22084X*
lukas@nka.com
Carl F. Engstrom, MN Bar No. 0396298*
cengstrom@nka.com
Jennifer K. Lee, NY Bar No. 4876272*
jlee@nka.com
NICHOLS KASTER, PLLP
80 South 8th Street, Suite 4600
Minneapolis, MN 55402
Phone: (612) 256-3200
Fax: (612) 338-4878
* admitted pro hac vice

Attorneys for Plaintiffs and the Class

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEKSANDR URAKHCHIN, *et al.*, | Case No. 8:15-cv-01614-JLS-JCG |
| Plaintiffs, | **CLASS ACTION** |
| v. | **PLAINTIFFS' NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF 15(C) REPORTS AND 19 ALLEGEDLY PRIVILEGED DOCUMENTS** |
| ALLIANZ ASSET MANAGEMENT OF AMERICA, L.P., *et al.*, | |
| Defendants. | Date: September 21, 2017 |
| | Time: 10:00 A.M. |
| | Courtroom: 6A |
| | Judge: Hon. Josephine L. Staton |
| | Magistrate Judge: Hon. Jay C. Gandhi |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on September 21, 2017, before the Honorable Jay C. Gandhi , United States Magistrate Judge, located at 411 West Fourth Street, Courtroom 6A, Santa Ana, California, 92701, plaintiffs Aleksandr Urakhchin and Nathan Marfice (collectively, "Plaintiffs") will and hereby do move for an order to compel Defendants to produce (1) reports prepared pursuant to Section 15(c) of the Investment Company Act, 15 U.S.C. § 80a-15(c), relating to the performance, expense, and profitability of mutual funds in the Allianz Asset Management of America, L.P. 401(k) Savings and Retirement Plan ("Plan") during the class period; and (2) nineteen documents on Defendants' privilege log.

The grounds for this motion are set forth in the parties' Joint Stipulation Regarding Discovery Dispute and materials submitted therewith.

Dated: August 25, 2017          **NICHOLS KASTER, PLLP**

By:    /s/ Kai H. Richter
NICHOLS KASTER, PLLP
Paul J. Lukas, MN Bar No. 22084X*
lukas@nka.com
Kai Richter, MN Bar No. 0296545*
krichter@nka.com
Carl F. Engstrom, MN Bar No. 0396298*
cengstrom@nka.com
Jennifer Lee, NY Bar No. 4876272*
jlee@nka.com
4600 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Phone: (612) 256-3200
Fax: (612) 338-4878
*admitted pro hac vice

KABATECK BROWN KELLNER LLP
Richard L. Kellner, CA Bar No. 171416
rlk@kbklawyers.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

644 South Figueroa Street
Engine Company No. 28 Building
Los Angeles, CA  90017
Telephone: (213) 217-5000
Facsimile: (213) 217-5010

ATTORNEYS FOR PLAINTIFFS AND
CLASS