| | |
|---|---|
| 1 | Christina Queiros Bouchot (SBN 289701) |
| | *cbouchot@goodwinlaw.com* |
| 2 | Steven A. Ellis (SBN 171742) |
| | *sellis@goodwinprocter.com* |
| 3 | **GOODWIN PROCTER LLP** |
| | 601 S. Figueroa Street, 41st Floor |
| 4 | Los Angeles, California  90017 |
| | Tel.:  213.426.2500 |
| 5 | Fax.: 213.623.1673 |
| 6 | James O. Fleckner (*pro hac vice*) |
| | *jfleckner@goodwinlaw.com* |
| 7 | Paul E. Nemser (*pro hac vice*) |
| | *pnemser@goodwinlaw.com* |
| 8 | David Rosenberg (*pro hac vice*) |
| | *drosenberg@goodwinlaw.com* |
| 9 | **GOODWIN PROCTER LLP** |
| | 100 Northern Avenue |
| 10 | Boston, Massachusetts 02210 |
| | Tel.:  617.570.1000 |
| 11 | Fax.:  617.523.1231 |
| 12 | Attorneys for Defendants |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEKSANDR URAKHCHIN, *et al.*, | Case No. 8:15-cv-01614-JLS-JCG |
| Plaintiffs, | **CLASS ACTION** |
| v. | **DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT** |
| ALLIANZ ASSET MANAGEMENT OF AMERICA, L.P., *et al.*, | Date:  October 27, 2017 |
| Defendants. | Time:  2:30 p.m. |
| | Courtroom: 10A |
| | Judge:     Hon. Josephine L. Staton |
| | Filed Concurrently with: |
| | 1. Memorandum of Points and Authorities |
| | 2. Statement of Undisputed Facts and Conclusions of Law |
| | 3. Declaration of David Rosenberg |
| | 4. [Proposed] Judgment |

## NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT

PLEASE TAKE NOTICE that on October 27, 2017 at 2:30 pm, or as soon thereafter as counsel may be heard, in Courtroom 10A of the United States Courthouse located at 411 W. Fourth Street, 10th Floor, Santa Ana, CA 92701, Defendants Allianz Asset Management of America L.P., Allianz Asset Management of America LLC, the Committee of the Allianz Asset Management of America L.P. Savings and Retirement Plan, and John Maney (collectively "Defendants") will and hereby do move for summary judgment on all claims asserted in Plaintiffs Aleksandr Urakhchin's and Nathan Marfice's, individually, as representatives of the class, and on behalf of the Allianz Asset Management of America, L.P. 401(k) Savings and Retirement Plan ("Plaintiffs"), First Amended Class Complaint pursuant to Federal Rule of Civil Procedure 56. This motion is made on the grounds that Plaintiffs cannot establish any breach of ERISA's fiduciary duties, since Defendants acted in the best interests of participants of the Allianz Asset Management of America L.P. Savings and Retirement Plan (the "Plan") and the investment options offered to Plan participants were objectively prudent; Plaintiffs cannot establish losses or that any losses were caused by any breaches of fiduciary duties; Plaintiffs' claims are barred by ERISA's statute of limitations; and the other grounds stated in the concurrently filed Memorandum, and that Defendants are therefore entitled to judgment as a matter of law.

This motion is made based on this Notice of Motion and Motion; the concurrently filed Memorandum in Support of Defendants' Motion for Summary Judgment, Defendants' Statement of Uncontroverted Facts and Conclusions of Law, and the Declaration of David Rosenberg; and all pleadings, records, and papers on file in this action; and such other written or oral arguments as may be presented to the Court at or before the hearing on this Motion.

Pursuant to Local Rule 7-3, counsel for Defendants conferred with counsel for Plaintiffs regarding this motion on August 17, 2017. Counsel for Plaintiffs

stated that they did not assent to the relief requested herein.

Dated:   August 25, 2017                         Respectfully submitted,

By:   /s/ *James O. Fleckner*
James O. Fleckner (*pro hac vice*)
*jfleckner@goodwinlaw.com*
Paul E. Nemser (*pro hac vice*)
*pnemser@goodwinlaw.com*
David Rosenberg (pro hac vice)
*drosenberg@goodwinlaw.com*
**GOODWIN PROCTER LLP**
100 Northern Avenue
Boston, Massachusetts 02210
Telephone:  (617) 570-1000
Facsimile:  (617) 523-1231

Christina Queiros Bouchot
*cbouchot@goodwinlaw.com*
Steven A. Ellis
*sellis@goodwinprocter.com*
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, California  90017
Telephone:  (213) 426-2500
Facsimile:  (213) 623-1673


*Attorneys for Defendants*
**ALLIANZ ASSET MANAGEMENT OF AMERICA L.P.; ALLIANZ ASSET MANAGEMENT OF AMERICA LLC; COMMITTEE OF THE ALLIANZ ASSET MANAGEMENT OF AMERICA, L.P. 401(K) SAVINGS AND RETIREMENT PLAN; and JOHN MANEY**

2