| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEKSANDR URAKHCHIN, *et al.*, | Case No. 8:15-cv-01614-JLS-JCG |
| Plaintiffs, | **ORDER GRANTING JOINT STIPULATION TO CONTINUE DEADLINE FOR THE FILING OF THE MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT** |
| v. | |
| ALLIANZ ASSET MANAGEMENT OF AMERICA, L.P., *et al.*, | |
| Defendants. | Courtroom: 10A, 10th Floor<br>Judge: Hon. Josephine L. Staton |
| | Filed Concurrently with:<br>1. Joint Stipulation |

## ORDER

Before the Court is the Joint Stipulation to Continue the Deadline for the Filing of the Motion for Preliminary Approval of Settlement (the "Joint Stipulation"). Having considered the Joint Stipulation, the Court finds that the Joint Stipulation should be granted in its entirety. Accordingly, the Joint Stipulation is hereby GRANTED.

It is THEREFORE ORDERED that the deadline for the filing of any motion for preliminary approval of a settlement is extended to December 26, 2017.

DATED: November 27, 2017

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE